

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Michael Kalfus
Robin Kalfus

Case No.: _____18-13396_____

Chapter: _____11_____

Judge: _____Papalia_____

# ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: June 6, 2018                /S/ Judge Vincent F. Papalia
                                  Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___E/F___ or to the List of Creditors on ___06/4/2018___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___11___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Kalfus  
Robin Kalfus  
    Debtors

Case No. 18-13396-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 06, 2018  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
```
db/jdb        +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158
aty           +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,   1599 Hamburg Turnpike,   PO Box 2031,
                Wayne, NJ  07470,  9 07474-2031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
```
              Charles Michael Rowan    on behalf of Creditor Albert    Kenney mrowan@saul.com
              Christian  Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
               mrozea@leopoldassociates.com;bky@martonelaw.com
              David  Gerardi    on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
              David L. Stevens    on behalf of Joint Debtor Robin   Kalfus dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor Michael   Kalfus dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Forrest Scott Turkish    on behalf of Attorney Forrest   Turkish fsturkish@aol.com
              Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
              Guillermo  Gonzalez    on behalf of Joint Debtor Robin   Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Guillermo  Gonzalez    on behalf of Debtor Michael   Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              John O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John A. Fialcowitz    on behalf of Plaintiff   Fishman consulting group, llc john@fialcowitzlaw.com
              John J. Scura, III    on behalf of Debtor Michael   Kalfus jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;dmedina@scura.com;
               jscura@scura.com
              John J. Scura, III    on behalf of Joint Debtor Robin   Kalfus jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;dmedina@scura.com;
               jscura@scura.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@leclairryan.com,
               waldmanw@aol.com;sonia.ewen@leclairryan.com
                                                                                             TOTAL: 17
```