UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq. (Attorney ID 034422007)

Order Filed on June 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael & Robin Kalfus,

       Debtors.

Case No.:    18-13396

Hearing Date:  06/05/2018 @ 2:00 pm

Judge:     VFP

Chapter:    11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 11, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens, & Cammarota, LLP | $38,240.00 | $2,851.53 |

*rev.8/1/15*