UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:        _____

Adv. Pro. No.: _____

Chapter:         _____

Hearing Date:  _____

Judge:           _____

## ADJOURNMENT REQUEST

1.      I, _____,

☐      am the attorney for: _____,

☐      am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _____

Current hearing date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

2.      Consent to adjournment:

☐  I have the consent of all parties.          ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.


Date: _____          _____
                                                Signature



**COURT USE ONLY:** _____


The request for adjournment is:

                                                          *
☐   Granted              New hearing date: _____    ☐   Peremptory


☐   Granted over objection(s)  New hearing date: _____    ☐   Peremptory


☐   Denied          * <u>Any further submission made by the Trustee is due by</u>
                      <u>August 14, 2018, with replies due by August 17, 2018</u>


        **IMPORTANT: If your request is granted, you must notify interested**

        **parties who are not electronic filers of the new hearing date.**


*new.9/23/15*