Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13396−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Kalfus
7 Lakeview Terrace
Montville, NJ 07045

Robin Kalfus
7 Lakeview Terrace
Montville, NJ 07045

Social Security No.:
  xxx−xx−2675                                    xxx−xx−4129

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on August 2, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 76 − 61
Order Granting Motion to Convert Case to Chapter 7 (Related Doc # 61). . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/1/2018. Missing schedules due within 14 days of the date of the order. (mcp)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 2, 2018
JAN: mcp

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey

In re:                                                  Case No. 18-13396-VFP
Michael Kalfus                                          Chapter 7
Robin Kalfus
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 02, 2018
                              Form ID: orderntc        Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db/jdb        +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158
aty           +Forrest Turkish,   c/o Forrest S. Turkish, Esq.,   595 Broadway,   Ground Floor,
               Bayonne, NJ 07002,   U.S. 07002-8808
aty           +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,   1599 Hamburg Turnpike,   PO Box 2031,
               Wayne, NJ 07470,   9 07474-2031
cr            +Haven Savings Bank,   621 Washington Street,   Hoboken, NJ 07030-4907
r             +Keller Williams Metropolitan,   Keller Williams Metropolitan,   55 Madison Avenue,
               Morristown, NJ 07960-7321
cr            +Lakeland Bank,   c/o LeClairRyan, P.C.,   Attn.: William L. Waldman,   1037 Raymond Blvd.,
               16th Floor,   Newark, NJ 07102-5424
acc            Petrucelli Piotrowski & Co, Inc.,   Petrucelli, Piotrowski & Co, Inc.,   236 Main Street,
               Woodbridge, NJ 07095
intp          +The County of Morris, Morris County Sheriff's Offi,   c/o Riker Danzig,   One Speedwell Avenue,
               Morristown, NJ 07960-6838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
          Anthony  Sodono, III   on behalf of Defendant Michael  Kalfus asodono@trenklawfirm.com
          Anthony  Sodono, III   on behalf of Defendant Robin  Kalfus asodono@trenklawfirm.com
          Anthony  Sodono, III   on behalf of Defendant Michael and Robin  Kalfus asodono@trenklawfirm.com
          Charles Michael Rowan    on behalf of Creditor Albert  Kenney mrowan@saul.com
          Christian  Del Toro   on behalf of Creditor   Haven Savings Bank cdeltoro@martonelaw.com,
           mrozea@leopoldassociates.com;bky@martonelaw.com
          David  Gerardi    on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
          David L. Stevens    on behalf of Debtor Michael  Kalfus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
           ey.com
          David L. Stevens    on behalf of Joint Debtor Robin  Kalfus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scurameal
           ey.com
          Forrest Scott Turkish    on behalf of Attorney Forrest  Turkish fsturkish@aol.com
          Frank J Martone    on behalf of Creditor   Haven Savings Bank bky@martonelaw.com
          Guillermo  Gonzalez    on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
          Guillermo  Gonzalez    on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
          John O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
          John J. Scura, III    on behalf of Debtor Michael  Kalfus jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scurameal
           ey.com;jscura@scura.com
          John J. Scura, III    on behalf of Joint Debtor Robin  Kalfus jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scurameal
           ey.com;jscura@scura.com
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Aug 02, 2018
                              Form ID: orderntc          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County Sheriff's Office jschwartz@riker.com
          Matteo Percontino    on behalf of Creditor    Lakeland Bank matteo.percontino@klgates.com, matteo.percontino@klgates.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com, waldmanw@aol.com

                                                TOTAL: 22