| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP 1599 Hamburg Turnpike Wayne, New Jersey 07470 Tel.: 973-696-8391 David L. Stevens, Esq. (Attorney ID 034422007) Counsel for Michael & Robin Kalfus | **Order Filed on August 1, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re: Michael Kalfus and Robin Kalfus, Debtors. | Case No.: 18-13396 Hearing Date: 7/31/2018, 10am Judge: VFP Chapter: 11 |

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: August 1, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____Michael Kalfus and Robin Kalfus, Debtors_____ and for good cause shown, it is

ORDERED that this case is converted from chapter __11__ to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

- ☒ within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

2

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Michael Kalfus
Robin Kalfus
    Debtors

Case No. 18-13396-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 02, 2018
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.
db/jdb        +Michael Kalfus,  Robin Kalfus,  7 Lakeview Terrace,  Montville, NJ 07045-9158
aty            +Scura, Wigfield, Heyer, Stevens & Cammarota, LLP,  1599 Hamburg Turnpike,  PO Box 2031,
              Wayne, NJ 07470, 9 07474-2031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:
          Anthony Sodono, III    on behalf of Defendant Michael Kalfus asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Defendant Robin Kalfus asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Defendant Michael and Robin Kalfus asodono@trenklawfirm.com
          Charles Michael Rowan    on behalf of Creditor Albert Kenney mrowan@saul.com
          Christian Del Toro    on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com,
           mrozea@leopoldassociates.com;bky@martonelaw.com
          David Gerardi    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov
          David L. Stevens    on behalf of Joint Debtor Robin Kalfus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
          David L. Stevens    on behalf of Debtor Michael Kalfus dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
          Forrest Scott Turkish    on behalf of Attorney Forrest Turkish fsturkish@aol.com
          Frank J Martone    on behalf of Creditor Haven Savings Bank bky@martonelaw.com
          Guillermo Gonzalez    on behalf of Joint Debtor Robin Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
          Guillermo Gonzalez    on behalf of Debtor Michael Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com
          John O'Boyle    on behalf of Plaintiff Osborn Financial Group, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          John A. Fialcowitz    on behalf of Plaintiff Fishman consulting group, llc john@fialcowitzlaw.com
          John J. Scura, III    on behalf of Debtor Michael Kalfus jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;jscura@scura.com
          John J. Scura, III    on behalf of Joint Debtor Robin Kalfus jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;jscura@scura.com
          Joseph L. Schwartz    on behalf of Interested Party The County of Morris, Morris County
           Sheriff's Office jschwartz@riker.com
          Matteo Percontino    on behalf of Creditor Lakeland Bank matteo.percontino@klgates.com,
           matteo.percontino@klgates.com
          Melissa S DiCerbo    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Waldman    on behalf of Creditor Lakeland Bank william.waldman@klgates.com,
           waldmanw@aol.com
                                                                                                                                                  TOTAL: 22