UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
Attorneys for Trustee
Steven P. Kartzman, Esq.

Order Filed on August 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL KALFUS and ROBIN KALFUS,

Debtor.

Case No.: 18-13396

Chapter: 7

Judge: VFP

## ORDER AUTHORIZING RETENTION OF

ATTORNEY

The relief set forth on the following page is **ORDERED**.

**DATED: August 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain  Mellinger, Sanders & Kartzman, LLC
as  Attorney , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  101 Gibraltar Drive, Suite 2F
   Morris Plains, NJ 07950

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*