UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
Attorneys for Trustee
Steven P. Kartzman, Esq.

Order Filed on August 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL KALFUS and ROBIN KALFUS,

Debtor.

Case No.: 18-13396

Chapter: 7

Judge: VFP

**ORDER AUTHORIZING RETENTION OF**

_____ATTORNEY_____

The relief set forth on the following page is **ORDERED**.

**DATED: August 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain   Mellinger, Sanders & Kartzman, LLC

as _____ Attorney _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   101 Gibraltar Drive, Suite 2F

    Morris Plains, NJ 07950

    _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Michael Kalfus
Robin Kalfus
    Debtors

Case No. 18-13396-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 27, 2018
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
db/jdb     +Michael Kalfus,    Robin Kalfus,    7 Lakeview Terrace,    Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
         Anthony  Sodono, III    on behalf of Joint Debtor Robin  Kalfus asodono@trenklawfirm.com
         Anthony  Sodono, III    on behalf of Debtor Michael  Kalfus asodono@trenklawfirm.com
         Anthony  Sodono, III    on behalf of Defendant Michael  Kalfus asodono@trenklawfirm.com
         Anthony  Sodono, III    on behalf of Defendant Robin  Kalfus asodono@trenklawfirm.com
         Anthony  Sodono, III    on behalf of Defendant Michael and Robin  Kalfus asodono@trenklawfirm.com
         Charles Michael Rowan    on behalf of Creditor Albert  Kenney mrowan@saul.com
         Christian  Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
          mrozea@leopoldassociates.com;bky@martonelaw.com
         David  Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
         Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Forrest Scott Turkish    on behalf of Attorney Forrest  Turkish fsturkish@aol.com
         Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
         Guillermo  Gonzalez    on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
          ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
         Guillermo  Gonzalez    on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
          ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
         John  O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
         John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
         Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County
          Sheriff's Office jschwartz@riker.com
         Matteo  Percontino    on behalf of Creditor    Lakeland Bank matteo.percontino@klgates.com,
          matteo.percontino@klgates.com
         Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
         Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
         Steven P. Kartzman    kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com,
          waldmanw@aol.com
                                                                               TOTAL: 23