**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−13396−VFP | **DATE FILED::** 2/22/18 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Michael Kalfus<br>xxx−xx−2675<br><br>Robin Kalfus<br>xxx−xx−4129 | **ADDRESS OF DEBTOR(S):**<br><br>7 Lakeview Terrace<br>Montville, NJ 07045<br><br>7 Lakeview Terrace<br>Montville, NJ 07045 |
| DEBTOR'S ATTORNEY:<br>Guillermo Gonzalez<br>Scura, Wigfield, Heyer & Stevens, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br><br>973−696−8391<br><br>Guillermo Gonzalez<br>Scura, Wigfield, Heyer & Stevens, LLP<br>1599 Hamburg Turnpike<br>Wayne, NJ 07470<br><br>973−696−8391 | TRUSTEE:<br>Steven P. Kartzman<br>Mellinger, Sanders & Kartzman LLC<br>101 Gibraltar Dr<br>Suite 2F<br>Morris Plains, NJ 07950<br>(973) 267−0220 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/10/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 11, 2018                              FOR THE COURT
                                                                                 Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-13396-VFP
Michael Kalfus                                                      Chapter 7
Robin Kalfus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3          Date Rcvd: Sep 11, 2018
                             Form ID: noa             Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db/jdb         +Michael Kalfus,    Robin Kalfus,    7 Lakeview Terrace,    Montville, NJ 07045-9158
aty            +Forrest Turkish,    c/o Forrest S. Turkish, Esq.,    595 Broadway,   Ground Floor,
                 Bayonne, NJ 07002,    U.S. 07002-8808
aty            +Mellinger, Sanders & Kartzman, LLC,     101 Gibtaltar Drive, Suite 2F,
                 Morris Plains, NJ 07950-1287
cr             +Haven Savings Bank,    621 Washington Street,    Hoboken, NJ 07030-4907
r              +Keller Williams Metropolitan,    Keller Williams Metropolitan,    55 Madison Avenue,
                 Morristown, NJ 07960-7321
cr             +Lakeland Bank,    c/o LeClairRyan, P.C.,    Attn.: William L. Waldman,   1037 Raymond Blvd.,
                 16th Floor,   Newark, NJ 07102-5424
acc             Petrucelli Piotrowski & Co, Inc.,     Petrucelli, Piotrowski & Co, Inc.,   236 Main Street,
                 Woodbridge, NJ 07095
intp           +The County of Morris, Morris County Sheriff's Offi,    c/o Riker Danzig,   One Speedwell Avenue,
                 Morristown, NJ 07960-6838
517344689       1st Constitution Bk,    796 Rt 130 N,    Cranbury, NJ 08512
517344691      +Albert Kenney,    3 Leach Hollow Road,    Sherman, CT 06784-2302
517344693      +Attorney General,    US Dept. of Justice,    Ben Franklin Station,   PO Box 683,
                 Washington, DC 20044-0683
517593065      +CVF III Mortgage Loan Trust II c/o Shellpoint Mort,    PO Box 10826,   Greenville SC 29603-0826
517344698      +Dixon Bros,    100 Pocono Road,    Mountain Lakes, NJ 07046-1649
517382446      +Dixon Bros. A & A oil Propane,     Ralph A, Grieco Esquire,    758 Morris Tpke,   PO Bxo 505,
                 Short Hills, NJ 07078-0505
517344699      +Dixon Oil,    100 Pocono Road,    Mountain Lakes, NJ 07046-1649
517344700      +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
517344701      +Feitlin, Youngman, Karas & Gerson,     Heritage Plaza II,   65 Harristown Road, Suite 207,
                 Glen Rock, NJ 07452-3317
517608773      +Feitlin, Youngman, Karas & Gerson, LLC,     65 Harristown Road, Suite 207,
                 Glen Rock, New Jersey 07452-3317
517609033      +Fishman Consulting Group, LLC,    c/o The Law Office of John A. Fialcowitz,
                 89 Headquarters Plaza North, Suite 1216,    Morristown, New Jersey 07960-6834
517344702       Forman, Holt, Eliades & Youngman LLC,     80 Route 3 Easte, Suite 290,    Paramus, NJ 07652
517435703      +HSBC Bank USA, N.A,    2929 Walden Avenue C17,    Business Services,   Depew, NY 14043-2602
517344703       Haven Savings Bank,    621 WashingtonS treet,    Hoboken, NJ 07030
517703685      +Houser Engineering,    1141 Greenwood Lake Tpke,    Ringwood, NJ 07456-1433
517655708      +Houser Engineering, LLC.,    1141 Greenwood Lake Turnpike,    Suite C,   Ringwood, NJ 07456-1433
517656959      +Isabel Del Corral,    277 Fairfield Road,    Fairfield, NJ 07004-1900
517572439      +JCP&L,    P.O. Box 16001,    Reading, PA 19612-6001
517387868      +Lakeland Bank,    William L. Waldman, Esq and,    Matteo Percontino Esq.K&L Gates LLP,
                 One Newark Center 10th Floor,    1085 Raymond Blvd, Newark, NJ 07102-5237
517344707      +Lakeland Bank,    250 Oak Ridge Road,    Oak Ridge, NJ 07438-8998
517388267       Law Office of Forrest S. Turkish,    c/o Forrest S. Turkish, Esq.,    595 Broadway, Ground Floor,
                 Bayonne, NJ 07002
517344708       M2 Worldwide, LLC,    706C Myrtle Avenue,    Boonton, NJ 07005
517382495      +NJSVS Surcharge Violation System Office,     Bankruptcy Unit,   PO Box 136,
                 Trenton, NJ 08666-0136
517344709      +New Jersey Attorney General Office,     Division of Law,   Richard J. Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
517572440      +Petro Home Services,    15 Richboynton Avenue,    Dover, NJ 07801-2649
517703686      +Petro Oil,    15 Richboynton Avenue,    Dover, NJ 07801-2649
517344710      +Pioneer Credit Recovery,    PO Box 1018,    Moorestown, NJ 08057-0018
517344711      +Ralph A. Grieco, P.A.,    758 Morris Turnpike,    P.O. Box 505,   Short Hills, NJ 07078-0505
517656976      +Richard Levinson,    129 Tournament Drive,    Monroe Township, NJ 08831-2537
517407061     ++STATE OF NEW JERSEY,     DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,     DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517344712      +Saul Ewing, LLP,    650 College Road East, Suite 4000,    Princeton, NJ 08540-6603
517344713      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,   Greenville, SC 29603-0826
517344715      +State of New Jersey Division of Taxation,     Compliance & Enforcement - Compliance,
                 50 Barrack Street, 9th Floor,    Trenton, NJ 08695-0001
517703687       State of Vermont,    Department of Taxes,    Montpelier, VT 05633-1401
517655709      +State of Vermont Dept. of Taxes,     133 State Street,   Montpelier, VT 05633-0002
517365914      +THE BANK OF NEW YORK MELLON,    c/o Gilbert R. Yabes,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,   San Diego, CA 92177-7921
517344716      +The Fishman Consulting Group, LLC.,     23 Cornwall Drive,   Westfield, NJ 07090-1353
517655710      +The Jayson Company,    2150 Stanley Terrace,    Union, NJ 07083-4320
517344717      +The Law Offices of John A. Fialcowitz,    89 Headquarters Plaza North, Suite 1216,
                 Morristown, NJ 07960-6834
517344719      +Townes B. Johnson, III,    P.O. Box 9246,    Greenville, SC 29604-9246
517703688       Township of Boonton,    Attn: Tax Collector,    155 Powerville Road,   Boonton, NJ 07005-8729
517395021      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
517369185      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

```
District/off: 0312-2              User: admin                Page 2 of 3                Date Rcvd: Sep 11, 2018
                                  Form ID: noa               Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                  E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:01      U.S. Attorney,    970 Broad St.,
                     Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg                 +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 11 2018 23:24:58       United States Trustee,
                     Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                     Newark, NJ 07102-5235
517600891            EDI: MERRICKBANK.COM Sep 12 2018 02:38:00      Advanta Bank Corporation,
                     Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517344690           +EDI: MERRICKBANK.COM Sep 12 2018 02:38:00      Advanta Bk,   Welsh and McKean Roads,
                     Po Box 844,    Spring House, PA 19477-0844
517385072            EDI: BECKLEE.COM Sep 12 2018 02:38:00      American Express Centurion Bank,
                     c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517435133            EDI: BECKLEE.COM Sep 12 2018 02:38:00      American Express National Bank,
                     c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517344692           +EDI: AMEREXPR.COM Sep 12 2018 02:38:00      Amex,   Correspondence,    Po Box 981540,
                     El Paso, TX 79998-1540
517344694           +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2018 23:25:28
                     Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                     Miami, FL 33146-1873
517344695           +EDI: CAPITALONE.COM Sep 12 2018 02:39:00      Capital One,
                     Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
517441320            EDI: CAPITALONE.COM Sep 12 2018 02:39:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                     Charlotte, NC  28272-1083
517344696           +EDI: CHASE.COM Sep 12 2018 02:38:00      Chase Card Services,    Attn: Correspondence,
                     Po Box 15278,    Wilmington, DE 19850-5278
517344697           +EDI: CHASE.COM Sep 12 2018 02:38:00      Chase Card Services,    Attn: Correspondence Dept,
                     Po Box 15298,    Wilmington, DE 19850-5298
517600521           +EDI: AIS.COM Sep 12 2018 02:38:00      Directv, LLC,   by American InfoSource LP as agent,
                     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517344704           +EDI: HFC.COM Sep 12 2018 02:38:00      Hsbc Bank,   P.O. Box 2013,    Buffalo, NY 14240-2013
517344705           +E-mail/Text: mosborn@infusioncapitalgroup.com Sep 11 2018 23:23:56       Infusion Capital Group,
                     c/o Osborn Financial Group, LLC.,    1000 Johnnie Dodds Blvd.,    Suite 103-302,
                     Mount Pleasant, SC 29464-3135
517344706           +EDI: IRS.COM Sep 12 2018 02:39:00      Internal Revenue Service,    PO Box 7346,
                     Philadelphia, PA 19101-7346
517344714           +Fax: 516-933-1697 Sep 11 2018 23:46:24      Slomins, Inc.,    125 Lauman Lane,
                     Hicksville, NY 11801-6539
517611473           +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2018 23:25:28
                     THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                     4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
517344718           +EDI: WTRRNBANK.COM Sep 12 2018 02:38:00      Tnb-Visa  (TV) / Target,
                     C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,    Minneapolis, MN 55440-9475
517344720           +E-mail/Text: usanj.njbankr@usdoj.gov Sep 11 2018 23:25:01      United States Attorney,
                     Peter Rodino Federal Building,    970 Broad St. - Ste. 700,    Newark, NJ 07102-2527
517344721           +E-mail/Text: vci.bkcy@vwcredit.com Sep 11 2018 23:25:12      Volkswagen Credit, Inc,    Po Box 3,
                     Hillsboro, OR 97123-0003
517392181           +EDI: WFFC.COM Sep 12 2018 02:38:00      Wells Fargo Bank, N.A.,
                     Small Business Lending Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
                                                                                                TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517472432*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
517385028*      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 3 of 3             Date Rcvd: Sep 11, 2018
                              Form ID: noa               Total Noticed: 73
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Anthony   Sodono, III    on behalf of Defendant Michael   Kalfus asodono@trenklawfirm.com
              Anthony   Sodono, III    on behalf of Defendant Robin   Kalfus asodono@trenklawfirm.com
              Anthony   Sodono, III    on behalf of Defendant Michael and Robin   Kalfus asodono@trenklawfirm.com
              Anthony   Sodono, III    on behalf of Joint Debtor Robin   Kalfus asodono@trenklawfirm.com
              Anthony   Sodono, III    on behalf of Debtor Michael   Kalfus asodono@trenklawfirm.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) cwohlrab@logs.com,  njbankruptcynotifications@logs.com
              Charles Michael Rowan    on behalf of Creditor Albert   Kenney mrowan@saul.com
              Christian  Del Toro    on behalf of Creditor   Haven Savings Bank cdeltoro@martonelaw.com,
               mrozea@leopoldassociates.com;bky@martonelaw.com
              David   Gerardi    on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Forrest Scott Turkish    on behalf of Attorney Forrest   Turkish fsturkish@aol.com
              Frank J Martone    on behalf of Creditor   Haven Savings Bank bky@martonelaw.com
              Guillermo  Gonzalez    on behalf of Joint Debtor Robin   Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              Guillermo  Gonzalez    on behalf of Debtor Michael   Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
              John  O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John A. Fialcowitz    on behalf of Plaintiff   Fishman consulting group, llc john@fialcowitzlaw.com
              Joseph L. Schwartz    on behalf of Interested Party   The County of Morris, Morris County
               Sheriff's Office jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Matteo  Percontino    on behalf of Creditor   Lakeland Bank matteo.percontino@klgates.com,
               matteo.percontino@klgates.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Debtor Michael   Kalfus kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William L. Waldman    on behalf of Creditor   Lakeland Bank william.waldman@klgates.com,
               waldmanw@aol.com
                                                                                               TOTAL: 26
```