**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**CONSENT ORDER FOR THE TURNOVER
OF FUNDS TO THE CHAPTER 7 TRUSTEE**

The relief set forth on the following page numbered two (2) through three (3) is hereby

ORDERED.

**DATED: September 18, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order for the Turnover of Funds to the Chapter 7 Trustee

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, on application for the entry of a Consent Order in lieu of a formal motion seeking the turnover of property of the estate currently held by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP ("Scura Wigfield"), former counsel to the Debtor, from the proceeds of the sale of the Debtors' property at 68 Hillcrest Road, Boonton, NJ (the "Property"), and an Order having been entered approving the sale on March 27, 2018 (the "Sale Order"), and the Sale Order having authorized the Debtors' use of the sale proceeds to pay the outstanding mortgages and other charges against the Property, as well as, post-petition attorneys fees incurred by Scura Wigfield, and the Sale Order further directing that certain of the proceeds of sale be held in escrow pending the filing of a motion and adjudication by the Court on the issue of whether or not the sheriff was entitled to a commission from the proceeds of the sale pursuant to N.J.S.A. § 22A:4-8 (the "Escrowed Funds"), and the Debtors' case having been converted to one under Chapter 7, and the Trustee having requested that the remaining proceeds of the sale be turned over to the Trustee as property of the estate, as well as the Escrowed Funds, and the Trustee and Debtor's current counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., having agreed to amicably resolve this issue on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1.     Scura Wigfield is directed to turnover to the Trustee the sum of $66,961.62, representing the net proceeds of the sale of the Property, as well as, the Escrowed Funds, in the sum of $17,030.86.

2.     Following turnover of the Escrowed Funds, same shall remain held in escrow by the Trustee pending further order from the Court.

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order for the Turnover of Funds to the Chapter 7 Trustee

---

3. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

4. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

*The undersigned hereby consent to
the form and entry of the within Order:*

| | |
|---|---|
| **MELLINGER, SANDERS & KARTZMAN, LLC** | **TRENK, DIPASQUALE, DELLA FERA & SODONO, P.C.** |
| *Attorneys for Steven P. Kartzman Chapter 7 Trustee* | *Attorneys for Michael Kalfus and Robin Kalfus* |
| By:  */s/ Joseph R. Zapata, Jr.*         JOSEPH R. ZAPATA, JR., ESQ. | By:  */s/ Anthony Sodono, III*         ANTHONY SODONO, III, ESQ. |
| Dated: September 5, 2018 | Dated: September 5, 2018 |