**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

|  |  |
|---|---|
| In re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**CONSENT ORDER FOR THE TURNOVER
OF FUNDS TO THE CHAPTER 7 TRUSTEE**

The relief set forth on the following page numbered two (2) through three (3) is hereby ORDERED.

**DATED: September 18, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order for the Turnover of Funds to the Chapter 7 Trustee

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, on application for the entry of a Consent Order in lieu of a formal motion seeking the turnover of property of the estate currently held by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP ("Scura Wigfield"), former counsel to the Debtor, from the proceeds of the sale of the Debtors' property at 68 Hillcrest Road, Boonton, NJ (the "Property"), and an Order having been entered approving the sale on March 27, 2018 (the "Sale Order"), and the Sale Order having authorized the Debtors' use of the sale proceeds to pay the outstanding mortgages and other charges against the Property, as well as, post-petition attorneys fees incurred by Scura Wigfield, and the Sale Order further directing that certain of the proceeds of sale be held in escrow pending the filing of a motion and adjudication by the Court on the issue of whether or not the sheriff was entitled to a commission from the proceeds of the sale pursuant to N.J.S.A. § 22A:4-8 (the "Escrowed Funds"), and the Debtors' case having been converted to one under Chapter 7, and the Trustee having requested that the remaining proceeds of the sale be turned over to the Trustee as property of the estate, as well as the Escrowed Funds, and the Trustee and Debtor's current counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., having agreed to amicably resolve this issue on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1. Scura Wigfield is directed to turnover to the Trustee the sum of $66,961.62, representing the net proceeds of the sale of the Property, as well as, the Escrowed Funds, in the sum of $17,030.86.

2. Following turnover of the Escrowed Funds, same shall remain held in escrow by the Trustee pending further order from the Court.

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order for the Turnover of Funds to the Chapter 7 Trustee

---

3. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

4. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

*The undersigned hereby consent to
the form and entry of the within Order:*

| | |
|---|---|
| **MELLINGER, SANDERS & KARTZMAN, LLC**<br>*Attorneys for Steven P. Kartzman*<br>*Chapter 7 Trustee* | **TRENK, DIPASQUALE, DELLA FERA & SODONO, P.C.**<br>*Attorneys for Michael Kalfus and Robin Kalfus* |
| By:  */s/ Joseph R. Zapata, Jr.*<br>       JOSEPH R. ZAPATA, JR., ESQ. | By:  */s/ Anthony Sodono, III*<br>       ANTHONY SODONO, III, ESQ. |
| Dated: September 5, 2018 | Dated: September 5, 2018 |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-13396-VFP
Michael Kalfus                                                      Chapter 7
Robin Kalfus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Sep 18, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb         +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
          Anthony   Sodono, III   on behalf of Joint Debtor Robin   Kalfus asodono@trenklawfirm.com
          Anthony   Sodono, III   on behalf of Debtor Michael   Kalfus asodono@trenklawfirm.com
          Anthony   Sodono, III   on behalf of Defendant Michael   Kalfus asodono@trenklawfirm.com
          Anthony   Sodono, III   on behalf of Defendant Robin   Kalfus asodono@trenklawfirm.com
          Anthony   Sodono, III   on behalf of Defendant Michael and Robin   Kalfus asodono@trenklawfirm.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) cwohlrab@logs.com,   njbankruptcynotifications@logs.com
          Charles Michael Rowan    on behalf of Creditor Albert    Kenney mrowan@saul.com
          Christian   Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
           mrozea@leopoldassociates.com;bky@martonelaw.com
          David   Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Forrest Scott Turkish    on behalf of Attorney Forrest    Turkish fsturkish@aol.com
          Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
          Guillermo   Gonzalez    on behalf of Joint Debtor Robin   Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
          Guillermo   Gonzalez    on behalf of Debtor Michael   Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
          John   O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
          Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County
           Sheriff's Office jschwartz@riker.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Matteo   Percontino    on behalf of Creditor    Lakeland Bank matteo.percontino@klgates.com,
           matteo.percontino@klgates.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Steven P. Kartzman    on behalf of Debtor Michael    Kalfus kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com,
           waldmanw@aol.com
                                                                                              TOTAL: 26