# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13396−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Kalfus                            Robin Kalfus
  7 Lakeview Terrace                        7 Lakeview Terrace
  Montville, NJ 07045                       Montville, NJ 07045

Social Security No.:
  xxx−xx−2675                               xxx−xx−4129

Employer's Tax I.D. No.:

## Notice That a Transcript Has Been Filed

    You are Noticed that a Transcript has been filed on 9/21/18. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: September 21, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-13396-VFP
Michael Kalfus                                                        Chapter 7
Robin Kalfus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 21, 2018
                              Form ID: tsntc       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db/jdb     +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158
aty        +Forrest Turkish,   c/o Forrest S. Turkish, Esq.,   595 Broadway,   Ground Floor,
             Bayonne, NJ 07002,   U.S. 07002-8808
aty        +Mellinger, Sanders & Kartzman, LLC,   101 Gibtaltar Drive, Suite 2F,
             Morris Plains, NJ 07950-1287
cr         +Haven Savings Bank,   621 Washington Street,   Hoboken, NJ 07030-4907
r          +Keller Williams Metropolitan,   Keller Williams Metropolitan,   55 Madison Avenue,
             Morristown, NJ 07960-7321
cr         +Lakeland Bank,   c/o LeClairRyan, P.C.,   Attn.: William L. Waldman,   1037 Raymond Blvd.,
             16th Floor,   Newark, NJ 07102-5424
acc         Petrucelli Piotrowski & Co, Inc.,   Petrucelli, Piotrowski & Co, Inc.,   236 Main Street,
             Woodbridge, NJ 07095
intp       +The County of Morris, Morris County Sheriff's Offi,   c/o Riker Danzig,   One Speedwell Avenue,
             Morristown, NJ 07960-6838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2018 23:24:47     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2018 23:24:42     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                            Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
          Anthony Sodono, III    on behalf of Defendant Michael Kalfus asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Defendant Robin Kalfus asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Defendant Michael and Robin Kalfus asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Joint Debtor Robin Kalfus asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Debtor Michael Kalfus asodono@trenklawfirm.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) cwohlrab@logs.com, njbankruptcynotifications@logs.com
          Charles Michael Rowan    on behalf of Creditor Albert Kenney mrowan@saul.com
          Christian Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
           mrozea@leopoldassociates.com;bky@martonelaw.com
          David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Forrest Scott Turkish    on behalf of Attorney Forrest Turkish fsturkish@aol.com
          Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
          Guillermo Gonzalez    on behalf of Joint Debtor Robin Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
          Guillermo Gonzalez    on behalf of Debtor Michael Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com
          John O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2018
                               Form ID: tsntc           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County Sheriff's Office jschwartz@riker.com
        Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
        Matteo Percontino    on behalf of Creditor    Lakeland Bank matteo.percontino@klgates.com, matteo.percontino@klgates.com
        Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
        Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Steven P. Kartzman    on behalf of Debtor Michael  Kalfus kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com, waldmanw@aol.com

        TOTAL: 26