| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael Kalfus<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2675<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Robin Kalfus<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4129<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18-13396-VFP | |

## Order of Discharge                                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Kalfus                                         Robin Kalfus

11/16/18                                               **By the court:**   Vincent F. Papalia
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                         **Order of Discharge**                                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13396-VFP
Michael Kalfus                                                          Chapter 7
Robin Kalfus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 3              Date Rcvd: Nov 16, 2018
                               Form ID: 318             Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db/jdb         +Michael Kalfus,    Robin Kalfus,    7 Lakeview Terrace,    Montville, NJ 07045-9158
aty            +Forrest Turkish,    c/o Forrest S. Turkish, Esq.,    595 Broadway,    Ground Floor,
                 Bayonne, NJ 07002,    U.S. 07002-8808
aty            +Mellinger, Sanders & Kartzman, LLC,    101 Gibtaltar Drive, Suite 2F,
                 Morris Plains, NJ 07950-1287
cr             +Haven Savings Bank,    621 Washington Street,    Hoboken, NJ 07030-4907
r              +Keller Williams Metropolitan,    Keller Williams Metropolitan,    55 Madison Avenue,
                 Morristown, NJ 07960-7321
cr           ++++LAKELAND BANK,    C/O LECLAIRRYAN, P.C.,    ATTN.: WILLIAM L. WALDMAN,    1 RIVERFRONT PLZ STE 16,
                 NEWARK NJ 07102-5436
                (address filed with court: Lakeland Bank,    c/o LeClairRyan, P.C.,    Attn.: William L. Waldman,
                 1037 Raymond Blvd.,    16th Floor,    Newark, NJ 07102)
acc             Petrucelli Piotrowski & Co, Inc.,    Petrucelli, Piotrowski & Co, Inc.,    236 Main Street,
                 Woodbridge, NJ 07095
intp           +The County of Morris, Morris County Sheriff's Offi,    c/o Riker Danzig,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
517344689       1st Constitution Bk,    796 Rt 130 N,    Cranbury, NJ 08512
517344691      +Albert Kenney,    3 Leach Hollow Road,    Sherman, CT 06784-2302
517344693      +Attorney General,    US Dept. of Justice,    Ben Franklin Station,    PO Box 683,
                 Washington, DC 20044-0683
517593065      +CVF III Mortgage Loan Trust II c/o Shellpoint Mort,    PO Box 10826,    Greenville SC 29603-0826
517810195      +Chase Bank USA, N.A.,    PO Box 15368,    Wilmington, DE 19850-5368
517818039      +Direct TV,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517344698      +Dixon Bros,    100 Pocono Road,    Mountain Lakes, NJ 07046-1649
517382446      +Dixon Bros. A & A oil Propane,    Ralph A, Grieco Esquire,    758 Morris Tpke,    PO Bxo 505,
                 Short Hills, NJ 07078-0505
517344699      +Dixon Oil,    100 Pocono Road,    Mountain Lakes, NJ 07046-1649
517344700      +Fein, Such, ,Kahn & Shepard,    7 Century Dive, Ste. 201,    Parsippany, NJ 07054-4673
517344701      +Feitlin, Youngman, Karas & Gerson,    Heritage Plaza II,    65 Harristown Road, Suite 207,
                 Glen Rock, NJ 07452-3317
517608773      +Feitlin, Youngman, Karas & Gerson, LLC,    65 Harristown Road, Suite 207,
                 Glen Rock, New Jersey 07452-3317
517609033      +Fishman Consulting Group, LLC,    c/o The Law Office of John A. Fialcowitz,
                 89 Headquarters Plaza North, Suite 1216,    Morristown, New Jersey 07960-6834
517344702       Forman, Holt, Eliades & Youngman LLC,    80 Route 3 Easte, Suite 290,    Paramus, NJ 07652
517818040      +George Hellerman,    Bankruptcy Specialist, IRS,    955 S. Springfield Ave, Bldg A,
                 Springfield, NJ 07081-3570
517435703      +HSBC Bank USA, N.A,    2929 Walden Avenue C17,    Business Services,    Depew, NY 14043-2602
517818041       Halpin Stephen,    Bankruptcy Section,    PO Box 245,    Trenton, NJ 08695-0245
517344703       Haven Savings Bank,    621 WashingtonS treet,    Hoboken, NJ 07030
517703685      +Houser Engineering,    1141 Greenwood Lake Tpke,    Ringwood, NJ 07456-1433
517655708      +Houser Engineering, LLC.,    1141 Greenwood Lake Turnpike,    Suite C,    Ringwood, NJ 07456-1433
517656959      +Isabel Del Corral,    277 Fairfield Road,    Fairfield, NJ 07004-1900
517572439      +JCP&L,    P.O. Box 16001,    Reading, PA 19612-6001
517344707      +Lakeland Bank,    250 Oak Ridge Road,    Oak Ridge, NJ 07438-8998
517387868      +Lakeland Bank,    William L. Waldman, Esq and,    Matteo Percontino Esq.K&L Gates LLP,
                 One Newark Center 10th Floor,    1085 Raymond Blvd, Newark, NJ 07102-5237
517388267       Law Office of Forrest S. Turkish,    c/o Forrest S. Turkish, Esq.,    595 Broadway, Ground Floor,
                 Bayonne, NJ 07002
517818042       Law Office of Forrest Scott Turkish,    595 Broadway, Ground Floor,    Bayonne, NJ 07002
517344708       M2 Worldwide, LLC,    706C Myrtle Avenue,    Boonton, NJ 07005
517382495      +NJSVS Surcharge Violation System Office,    Bankruptcy Unit,    PO Box 136,
                 Trenton, NJ 08666-0136
517344709      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
517572440      +Petro Home Services,    15 Richboynton Avenue,    Dover, NJ 07801-2649
517703686      +Petro Oil,    15 Richboynton Avenue,    Dover, NJ 07801-2649
517344710      +Pioneer Credit Recovery,    PO Box 1018,    Moorestown, NJ 08057-0018
517344711      +Ralph A. Grieco, P.A.,    758 Morris Turnpike,    P.O. Box 505,    Short Hills, NJ 07078-0505
517656976      +Richard Levinson,    129 Tournament Drive,    Monroe Township, NJ 08831-2537
517407061     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,    TRENTON, NJ 08695-0245)
517344712      +Saul Ewing, LLP,    650 College Road East, Suite 4000,    Princeton, NJ 08540-6603
517344713      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517344715      +State of New Jersey Division of Taxation,    Compliance & Enforcement - Compliance,
                 50 Barrack Street, 9th Floor,    Trenton, NJ 08695-0001
517703687       State of Vermont,    Department of Taxes,    Montpelier, VT 05633-1401
517655709      +State of Vermont Dept. of Taxes,    133 State Street,    Montepelier, VT 05633-0002
517365914      +THE BANK OF NEW YORK MELLON,    c/o Gilbert R. Yabes,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
517344716      +The Fishman Consulting Group, LLC.,    23 Cornwall Drive,    Westfield, NJ 07090-1353
```

```
District/off: 0312-2          User: admin              Page 2 of 3                   Date Rcvd: Nov 16, 2018
                              Form ID: 318             Total Noticed: 84


517655710      +The Jayson Company,    2150 Stanley Terrace,    Union, NJ 07083-4320
517344717      +The Law Offices of John A. Fialcowitz,    89 Headquarters Plaza North, Suite 1216,
                 Morristown, NJ 07960-6834
517344719      +Townes B. Johnson, III,    P.O. Box 9246,   Greenville, SC 29604-9246
517703688      +Township of Boonton,    Attn: Tax Collector,    155 Powerville Road,    Boonton, NJ 07005-8729
517395021      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517369185      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517818043      +Volkswagen Credit, Inc.,    PO Box 9013,    Addison, TX 75001-9013
517818045      +Yapstone,   2121 N. California Blvd, Suite 400,    Walnut Creek, CA 94596-7305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:13     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517600891       EDI: MERRICKBANK.COM Nov 17 2018 04:33:00      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517344690      +EDI: MERRICKBANK.COM Nov 17 2018 04:33:00      Advanta Bk,    Welsh and McKean Roads,
                 Po Box 844,   Spring House, PA 19477-0844
517818038       EDI: AMEREXPR.COM Nov 17 2018 04:33:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
517385072       EDI: BECKLEE.COM Nov 17 2018 04:33:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517435133       EDI: BECKLEE.COM Nov 17 2018 04:33:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517344692      +EDI: AMEREXPR.COM Nov 17 2018 04:33:00      Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
517344694      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2018 23:48:48
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
517344695      +EDI: CAPITALONE.COM Nov 17 2018 04:33:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517441320       EDI: CAPITALONE.COM Nov 17 2018 04:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517344696      +EDI: CHASE.COM Nov 17 2018 04:33:00      Chase Card Services,    Attn: Correspondence,
                 Po Box 15278,   Wilmington, DE 19850-5278
517344697      +EDI: CHASE.COM Nov 17 2018 04:33:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,   Wilmington, DE 19850-5298
517600521      +EDI: AIS.COM Nov 17 2018 04:33:00      Directv, LLC,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517344704      +EDI: HFC.COM Nov 17 2018 04:33:00      Hsbc Bank,    P.O. Box 2013,    Buffalo, NY 14240-2013
517344705      +E-mail/Text: mosborn@infusioncapitalgroup.com Nov 16 2018 23:47:25      Infusion Capital Group,
                 c/o Osborn Financial Group, LLC.,    1000 Johnnie Dodds Blvd.,    Suite 103-302,
                 Mount Pleasant, SC 29464-3135
517344706      +EDI: IRS.COM Nov 17 2018 04:33:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517344714      +Fax: 516-933-1697 Nov 17 2018 00:25:00      Slomins, Inc.,    125 Lauman Lane,
                 Hicksville, NY 11801-6539
517843554      +EDI: AIS.COM Nov 17 2018 04:33:00      TD Bank, USA,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517611473      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2018 23:48:48
                 THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
517344718      +EDI: WTRRNBANK.COM Nov 17 2018 04:33:00      Tnb-Visa (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
517344720      +E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:13     United States Attorney,
                 Peter Rodino Federal Building,    970 Broad St. - Ste. 700,    Newark, NJ 07102-2527
517860269      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:10      United States Trustee,
                 One Newark Center,    Suite 2100,   Newark, NJ 07102-5235
517344721      +E-mail/Text: vci.bkcy@vwcredit.com Nov 16 2018 23:48:28     Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro, OR 97123-0003
517392181      +EDI: WFFC.COM Nov 17 2018 04:33:00      Wells Fargo Bank, N.A.,
                 Small Business Lending Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
517818044      +EDI: WFFC.COM Nov 17 2018 04:33:00      Wells Fargo Bank, NA,    Small Business Lending Division,
                 PO Box 29482,   Phoenix, AZ 85038-9482
                                                                                               TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517472432*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517385028*     +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Nov 16, 2018
                              Form ID: 318             Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
          Anthony   Sodono, III    on behalf of Defendant Michael  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Defendant Robin  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Defendant Michael and Robin  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Joint Debtor Robin  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Debtor Michael  Kalfus asodono@msbnj.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) cwohlrab@logs.com,   njbankruptcynotifications@logs.com
          Charles Michael Rowan    on behalf of Creditor Albert  Kenney mrowan@saul.com
          Christian  Del Toro    on behalf of Creditor   Haven Savings Bank cdeltoro@martonelaw.com,
           mrozea@leopoldassociates.com;bky@martonelaw.com
          David  Gerardi    on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Forrest Scott Turkish    on behalf of Attorney Forrest  Turkish fsturkish@aol.com
          Frank J Martone    on behalf of Creditor   Haven Savings Bank bky@martonelaw.com
          Guillermo  Gonzalez    on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
          Guillermo  Gonzalez    on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesposito@scuramealey.com
          John  O'Boyle    on behalf of Plaintiff   Osborn Financial Group, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John A. Fialcowitz    on behalf of Plaintiff   Fishman consulting group, llc john@fialcowitzlaw.com
          Joseph L. Schwartz    on behalf of Interested Party   The County of Morris, Morris County
           Sheriff's Office jschwartz@riker.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Matteo  Percontino    on behalf of Creditor   Lakeland Bank matteo.percontino@klgates.com,
           matteo.percontino@klgates.com
          Melissa S DiCerbo    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Waldman    on behalf of Creditor   Lakeland Bank william.waldman@klgates.com,
           waldmanw@aol.com
                                                                                               TOTAL: 25
```