DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID. #079152013)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
*A LLP Formed in the State of New York*
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
518-786-9069
Attorneys for Creditor, The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9  by its servicing agent Bayview Loan Servicing, LLC

Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL KALFUS AND ROBIN KALFUS,

Debtors.

Case No.:  18-13396-VFP

Hearing Date: March 19, 2019

Judge:  Hon. Vincent F. Papalia

Chapter:  7

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: April 4, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtors: **MICHAEL KALFUS AND ROBIN KALFUS,**
Case No. : **18-13396-VFP**
Caption of Order: **Order Vacating Automatic Stay**

___

Upon the motion of Creditor, The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicing agent Bayview Loan Servicing, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **106 Brookside Drive, Killington, Vermont 05751**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtors, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13396-VFP
Michael Kalfus                                                          Chapter 7
Robin Kalfus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2              Date Rcvd: Apr 05, 2019
                                Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
db/jdb         +Michael Kalfus,    Robin Kalfus,    7 Lakeview Terrace,    Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
              Anthony  Sodono, III    on behalf of Joint Debtor Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Debtor Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Michael and Robin  Kalfus asodono@msbnj.com
              Caitlin  Conklin    on behalf of Creditor    Lakeland Bank caitlin.conklin@klgates.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
              Charles Michael Rowan    on behalf of Creditor Albert  Kenney mrowan@saul.com
              Christian  Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
               bky@martonelaw.com
              David  Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Forrest Scott Turkish    on behalf of Attorney Forrest  Turkish fsturkish@aol.com
              Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
              Guillermo  Gonzalez    on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              Guillermo  Gonzalez    on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              John  O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
              Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County
               Sheriff's Office jschwartz@riker.com,    mtrentin@riker.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com,    cbrown@foxrothschild.com
              Matteo  Percontino    on behalf of Creditor    Lakeland Bank matt.percontino@cohnreznick.com,
               matteo.percontino@klgates.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of
               New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9,
               Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 05, 2019
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com, waldmanw@aol.com

                                                TOTAL: 28