UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:   18-13396-VFP |
| MICHAEL KALFUS and ROBIN KALFUS | |
| | Chapter:   7 |
| Debtor. | |
| | Judge:   Vincent F. Papalia |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

<u>Steven P. Kartzman</u>, <u>Chapter 7</u> <u>Trustee</u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>Martin Luther King Jr. Federal Building<br>50 Walnut Street, P.O. Box 1352<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on August 20, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:  Debtors filed a Ch 11 petition and during the case sold their residence, located at 68 Hillcrest Road, Boonton, NJ, pursuant to an Order of the Court entered on 3/27/18.  That Order required the Debtors to pay property taxes in full at closing.  Months following the closing, and after the conversion of the case to Ch 7, the title agency that conducted the closing as settlement agent contacted the Trustee to advise that an error had been made.  Although the settlement agent believed the 1st quarter taxes for 2018 had been paid prior to the April 11, 2018 closing date, those property taxes had not been paid.  Thereafter, the settlement agent provided to the Trustee documentation showing that those property taxes, which were the Debtor's obligation to pay at closing, had not in fact been paid.  Further, that the purchasers' mortgage lender, Wells Fargo, paid those property taxes in order to protect the property from that municipal lien.

Pertinent terms of settlement:     Ch 7 estate to reimburse Wells Fargo for the 1st quarter 2018 property taxes, in the sum of $4176.07

Objections must be served on, and requests for additional information directed to:

Name:         /s/ <u>Steven P. Kartzman, Esq., Mellinger, Sanders & Kartzman, LLC</u>

Address:     <u>101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950</u>

Telephone No.: <u>(973) 267-0220</u>

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Kalfus  
Robin Kalfus  
    Debtors

Case No. 18-13396-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3    Date Rcvd: Jul 19, 2019  
                    Form ID: pdf905    Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.

```
db/jdb       +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158
aty          +Forrest Turkish,   c/o Forrest S. Turkish, Esq.,   595 Broadway,   Ground Floor,
               Bayonne, NJ  07002,   U.S. 07002-8808
aty          +Mellinger, Sanders & Kartzman, LLC,   101 Gibtaltar Drive, Suite 2F,
               Morris Plains, NJ 07950-1287
cr           +Haven Savings Bank,   621 Washington Street,   Hoboken, NJ 07030-4907
r            +Keller Williams Metropolitan,   Keller Williams Metropolitan,   55 Madison Avenue,
               Morristown, NJ 07960-7321
cr         ++++LAKELAND BANK,   C/O LECLAIRRYAN, P.C.,   ATTN.: WILLIAM L. WALDMAN,   1 RIVERFRONT PLZ STE 16,
               NEWARK NJ  07102-5436
             (address filed with court: Lakeland Bank,   c/o LeClairRyan, P.C.,   Attn.: William L. Waldman,
               1037 Raymond Blvd.,   16th Floor,   Newark, NJ  07102)
acc           Petrucelli Piotrowski & Co, Inc.,   Petrucelli, Piotrowski & Co, Inc.,   236 Main Street,
               Woodbridge, NJ  07095
intp         +The County of Morris, Morris County Sheriff's Offi,   c/o Riker Danzig,   One Speedwell Avenue,
               Morristown, NJ 07960-6838
517344689     1st Constitution Bk,   796 Rt 130 N,   Cranbury, NJ 08512
517344691    +Albert Kenney,   3 Leach Hollow Road,   Sherman, CT 06784-2302
517818038     American Express,   PO Box 1270,   Newark, NJ 07101-1270
517385072     American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
517435133     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
517344692    +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517344693    +Attorney General,   US Dept. of Justice,   Ben Franklin Station,   PO Box 683,
               Washington, DC 20044-0683
517593065    +CVF III Mortgage Loan Trust II c/o Shellpoint Mort,   PO Box 10826,   Greenville SC 29603-0826
517810195    +Chase Bank USA, N.A.,   PO Box 15368,   Wilmington, DE 19850-5368
517344697    +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517344696    +Chase Card Services,   Attn: Correspondence,   Po Box 15278,   Wilmington, DE 19850-5278
517344698    +Dixon Bros,   100 Pocono Road,   Mountain Lakes, NJ 07046-1649
517382446    +Dixon Bros. A & A oil Propane,   Ralph A, Grieco Esquire,   758 Morris Tpke,   PO Bxo 505,
               Short Hills, NJ 07078-0505
517344699    +Dixon Oil,   100 Pocono Road,   Mountain Lakes, NJ 07046-1649
517344700    +Fein, Such, ,Kahn & Shepard,   7 Century Dive, Ste. 201,   Parsippany, NJ 07054-4673
517344701    +Feitlin, Youngman, Karas & Gerson,   Heritage Plaza II,   65 Harristown Road, Suite 207,
               Glen Rock, NJ 07452-3317
517608773    +Feitlin, Youngman, Karas & Gerson, LLC,   65 Harristown Road, Suite 207,
               Glen Rock, New Jersey 07452-3317
517609033    +Fishman Consulting Group, LLC,   c/o The Law Office of John A. Fialcowitz,
               89 Headquarters Plaza North, Suite 1216,   Morristown, New Jersey 07960-6834
517344702     Forman, Holt, Eliades & Youngman LLC,   80 Route 3 Easte, Suite 290,   Paramus, NJ 07652
517818040    +George Hellerman,   Bankruptcy Specialist, IRS,   955 S. Springfield Ave, Bldg A,
               Springfield, NJ 07081-3570
517435703    +HSBC Bank USA, N.A,   2929 Walden Avenue C17,   Business Services,   Depew, NY 14043-2602
517818041     Halpin Stephen,   Bankruptcy Section,   PO Box 245,   Trenton, NJ 08695-0245
517344703     Haven Savings Bank,   621 WashingtonS treet,   Hoboken, NJ 07030
517703685    +Houser Engineering,   1141 Greenwood Lake Tpke,   Ringwood, NJ 07456-1433
517655708    +Houser Engineering, LLC.,   1141 Greenwood Lake Turnpike,   Suite C,   Ringwood, NJ 07456-1433
517344704    +Hsbc Bank,   P.O. Box 2013,   Buffalo, NY 14240-2013
517656959    +Isabel Del Corral,   277 Fairfield Road,   Fairfield, NJ 07004-1900
517572439    +JCP&L,   P.O. Box 16001,   Reading, PA 19612-6001
517893287    +Jersey Central Power & Light/First Energy,   101 Crawford Corner Rd Bldg,   Suite 511,
               Holmdel, NJ 07733-1976
517344707   ++LAKELAND BANK,   250 OAK RIDGE ROAD,   OAK RIDGE NJ 07438-8998
             (address filed with court: Lakeland Bank,   250 Oak Ridge Road,   Oak Ridge, NJ 07438)
517387868    +Lakeland Bank,   William L. Waldman, Esq and,   Matteo Percontino Esq.K&L Gates LLP,
               One Newark Center 10th Floor,   1085 Raymond Blvd, Newark, NJ 07102-5237
517388267     Law Office of Forrest S. Turkish,   c/o Forrest S. Turkish, Esq.,   595 Broadway, Ground Floor,
               Bayonne, NJ 07002
517818042     Law Office of Forrest Scott Turkish,   595 Broadway, Ground Floor,   Bayonne, NJ 07002
517344708    +M2 Worldwide, LLC,   706C Myrtle Avenue,   Boonton, NJ 07005
517382495    +NJSVS Surcharge Violation System Office,   Bankruptcy Unit,   PO Box 136,
               Trenton, NJ 08666-0136
517344709    +New Jersey Attorney General Office,   Division of Law,   Richard J. Hughes Justice Complex,
               25 Market St., PO Box 112,   Trenton, NJ 08625-0112
517572440    +Petro Home Services,   15 Richboynton Avenue,   Dover, NJ 07801-2649
517703686    +Petro Oil,   15 Richboynton Avenue,   Dover, NJ 07801-2649
517344710    +Pioneer Credit Recovery,   PO Box 1018,   Moorestown, NJ 08057-0018
517344711    +Ralph A. Grieco, P.A.,   758 Morris Turnpike,   P.O. Box 505,   Short Hills, NJ 07078-0505
517656976    +Richard Levinson,   129 Tournament Drive,   Monroe Township, NJ 08831-2537
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Jul 19, 2019
                              Form ID: pdf905          Total Noticed: 85


517407061      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,   P.O. BOX 245,   TRENTON, NJ 08695-0245)
517344712      +Saul Ewing, LLP,    650 College Road East, Suite 4000,    Princeton, NJ 08540-6603
517344713      +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
517344715      +State of New Jersey Division of Taxation,    Compliance & Enforcement - Compliance,
                 50 Barrack Street, 9th Floor,    Trenton, NJ 08695-0001
517703687       State of Vermont,    Department of Taxes,    Montpelier, VT 05633-1401
517655709      +State of Vermont Dept. of Taxes,    133 State Street,    Montepelier, VT 05633-0002
517365914      +THE BANK OF NEW YORK MELLON,    c/o Gilbert R. Yabes,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
517344716      +The Fishman Consulting Group, LLC.,    23 Cornwall Drive,    Westfield, NJ 07090-1353
517655710      +The Jayson Company,    2150 Stanley Terrace,    Union, NJ 07083-4320
517344717      +The Law Offices of John A. Fialcowitz,    89 Headquarters Plaza North, Suite 1216,
                 Morristown, NJ 07960-6834
517344718      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,
                 Minneapolis, MN 55440-9475
517344719      +Townes B. Johnson, III,    P.O. Box 9246,    Greenville, SC 29604-9246
517703688      +Township of Boonton,    Attn: Tax Collector,    155 Powerville Road,    Boonton, NJ 07005-8729
517395021      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517369185      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
517818043      +Volkswagen Credit, Inc.,    PO Box 9013,    Addison, TX 75001-9013
517392181      +Wells Fargo Bank, N.A.,    Small Business Lending Division,    P.O. Box 29482,
                 Phoenix, AZ 85038-9482
517818044      +Wells Fargo Bank, NA,    Small Business Lending Division,    PO Box 29482,
                 Phoenix, AZ 85038-9482
517818045      +Yapstone,    2121 N. California Blvd, Suite 400,    Walnut Creek, CA 94596-7305
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2019 22:35:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2019 22:35:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517600891       E-mail/Text: bkr@cardworks.com Jul 19 2019 22:35:25      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517344690      +E-mail/Text: bkr@cardworks.com Jul 19 2019 22:35:25      Advanta Bk,    Welsh and McKean Roads,
                 Po Box 844,    Spring House, PA 19477-0844
517344694      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 19 2019 22:35:52
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
517344695      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2019 22:31:46      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517441320       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2019 22:31:47
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517818039      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2019 22:42:46      Direct TV,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517600521      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2019 22:43:02      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517344705      +E-mail/Text: mosborn@infusioncapitalgroup.com Jul 19 2019 22:35:26      Infusion Capital Group,
                 c/o Osborn Financial Group, LLC.,    1000 Johnnie Dodds Blvd.,    Suite 103-302,
                 Mount Pleasant, SC 29464-3135
517344706      +E-mail/Text: cio.bncmail@irs.gov Jul 19 2019 22:35:40      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517344714      +Fax: 516-933-1697 Jul 19 2019 22:47:14      Slomins, Inc.,    125 Lauman Lane,
                 Hicksville, NY 11801-6539
517843554      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2019 22:42:46      TD Bank, USA,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517611473      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 19 2019 22:35:52
                 THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
517344720      +E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2019 22:35:47      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad St. - Ste. 700,    Newark, NJ 07102-2527
517860269      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2019 22:35:46      United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
517344721      +E-mail/Text: vci.bkcy@vwcredit.com Jul 19 2019 22:35:49      Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517472432*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517385028*     +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 3 of 3          Date Rcvd: Jul 19, 2019
                              Form ID: pdf905          Total Noticed: 85
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:

```
          Anthony   Sodono, III    on behalf of Defendant Michael  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Defendant Robin  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Defendant Michael and Robin  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Joint Debtor Robin  Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Debtor Michael  Kalfus asodono@msbnj.com
          Caitlin   Conklin    on behalf of Creditor    Lakeland Bank caitlin.conklin@klgates.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) cwohlrab@logs.com,    njbankruptcynotifications@logs.com
          Charles Michael Rowan    on behalf of Creditor Albert  Kenney mrowan@saul.com
          Christian  Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
           bky@martonelaw.com
          David  Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Forrest Scott Turkish    on behalf of Attorney Forrest  Turkish fsturkish@aol.com
          Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
          Guillermo  Gonzalez    on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
          Guillermo  Gonzalez    on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
          John  O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
          Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County
           Sheriff's Office jschwartz@riker.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
          Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
          Matteo  Percontino    on behalf of Creditor    Lakeland Bank matt.percontino@cohnreznick.com,
           matteo.percontino@klgates.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of
           New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9,
           Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com,
           waldmanw@aol.com
                                                                                             TOTAL: 29
```