**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*



Order Filed on July 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>**MICHAEL KALFUS and ROBIN KALFUS,**<br><br>                    **Debtors.** | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Case No.: 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |
|---|---|

**CONSENT ORDER RESOLVING MOTION OF DEBTORS FOR ORDER
COMPELLING TRUSTEE TO ABANDON
<u>CERTAIN PROPERTY PRSUANT TO 11 U.S.C. § 554(a) and (b)</u>**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 23, 2019**

_____
 **Honorable Vincent F. Papalia
 United States Bankruptcy Judge**

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order Resolving Motion of Debtors for Order Compelling Trustee to Abandon Certain Property Pursuant to 11 U.S.C. §554(a) and (b)

---

THIS MATTER having been brought before the Court by the Debtors, by and through their attorneys McManimon, Scotland & Baumann, LLC, for Entry of an Order Compelling Trustee to Abandon Certain Property Pursuant to 11 U.S.C. § 554(a) and (b), and the Trustee and the Debtors having agreed to amicably resolve the issues on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

ORDERED AS FOLLOWS:

1. Within ten (10) days of the entry of this Order, the Trustee shall file a Notice of Proposed Abandonment as to the Debtors' property located at 106 Brookside Drive Killington, Vermont 05751 (the "Vermont Property").

2. The Trustee reserves the right, and the Debtors' acknowledge the Trustee's right, to demand turnover of any rents received by the Debtors in excess of expenses incurred by the Debtors, with regard to the Vermont Property, during the period commencing with the conversion of this case to Chapter 7.

3. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

4. The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

5. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order Resolving Motion of Debtors for Order Compelling Trustee to Abandon Certain Property Pursuant to 11 U.S.C. §554(a) and (b)

*The undersigned hereby consent to*
*the form and entry of the within Order:*

| | |
|---|---|
| MELLINGER, SANDERS<br>& KARTZMAN, LLC<br>*Attorneys for Trustee* | McMANIMON, SCOTLAND<br>& BAUMAN, LLC<br>*Attorneys for Debtors* |
| By: */s/ Judah B. Loewenstein*<br>  JUDAH B. LOEWENSTEIN, ESQ. | By: */s/ Anthony Sodono, III*<br>  ANTHONY SODONO, III, ESQ. |
| Dated: July 10, 2019 | Dated: July 10, 2019 |