**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*



**Order Filed on July 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re:<br><br>**MICHAEL KALFUS and ROBIN KALFUS,**<br><br>                  **Debtors.** |
|---|

Case No.: 18-13396 (VFP)

Chapter 7

Honorable Vincent F. Papalia

**CONSENT ORDER RESOLVING MOTION OF DEBTORS FOR ORDER
COMPELLING TRUSTEE TO ABANDON
<u>CERTAIN PROPERTY PRSUANT TO 11 U.S.C. § 554(a) and (b)</u>**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 23, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order Resolving Motion of Debtors for Order Compelling Trustee to Abandon Certain Property Pursuant to 11 U.S.C. §554(a) and (b)

---

THIS MATTER having been brought before the Court by the Debtors, by and through their attorneys McManimon, Scotland & Baumann, LLC, for Entry of an Order Compelling Trustee to Abandon Certain Property Pursuant to 11 U.S.C. § 554(a) and (b), and the Trustee and the Debtors having agreed to amicably resolve the issues on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

ORDERED AS FOLLOWS:

1. Within ten (10) days of the entry of this Order, the Trustee shall file a Notice of Proposed Abandonment as to the Debtors' property located at 106 Brookside Drive Killington, Vermont 05751 (the "Vermont Property").

2. The Trustee reserves the right, and the Debtors' acknowledge the Trustee's right, to demand turnover of any rents received by the Debtors in excess of expenses incurred by the Debtors, with regard to the Vermont Property, during the period commencing with the conversion of this case to Chapter 7.

3. The parties hereto shall execute any and all documents and pleadings reasonably necessary to implement all of the foregoing provisions.

4. The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

5. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order Resolving Motion of Debtors for Order Compelling Trustee to Abandon Certain Property Pursuant to 11 U.S.C. §554(a) and (b)

*The undersigned hereby consent to
the form and entry of the within Order:*

| MELLINGER, SANDERS & KARTZMAN, LLC<br>*Attorneys for Trustee* | McMANIMON, SCOTLAND & BAUMAN, LLC<br>*Attorneys for Debtors* |
|---|---|
| By: */s/ Judah B. Loewenstein*<br>    JUDAH B. LOEWENSTEIN, ESQ. | By: */s/ Anthony Sodono, III*<br>    ANTHONY SODONO, III, ESQ. |
| Dated: July 10, 2019 | Dated: July 10, 2019 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-13396-VFP
Michael Kalfus                                                                  Chapter 7
Robin Kalfus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jul 24, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db/jdb         +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              Anthony  Sodono, III    on behalf of Joint Debtor Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Debtor Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Michael and Robin  Kalfus asodono@msbnj.com
              Caitlin  Conklin    on behalf of Creditor    Lakeland Bank caitlin.conklin@klgates.com
              Charles G. Wohlrab    on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Charles Michael Rowan    on behalf of Creditor Albert  Kenney mrowan@saul.com
              Christian  Del Toro    on behalf of Creditor     Haven Savings Bank cdeltoro@martonelaw.com,
               bky@martonelaw.com
              David  Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Forrest Scott Turkish    on behalf of Attorney Forrest  Turkish fsturkish@aol.com
              Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
              Guillermo  Gonzalez    on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              Guillermo  Gonzalez    on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com
              John  O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
              Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County
               Sheriff's Office jschwartz@riker.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
              Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
              Matteo  Percontino    on behalf of Creditor    Lakeland Bank matt.percontino@cohnreznick.com,
               matteo.percontino@klgates.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of
               New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9,
               Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

```
District/off: 0312-2          User: admin                 Page 2 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: pdf903             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William L. Waldman   on behalf of Creditor   Lakeland Bank william.waldman@klgates.com, waldmanw@aol.com

        TOTAL: 29