| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Christian Del Toro, 210132016<br>MARTONE AND UHLMANN, A<br>PROFESSIONAL CORPORATION<br>777 PASSAIC AVE<br>CLIFTON, NJ 07012<br>(973) 473-3000<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>HAVEN SAVINGS BANK<br>27.0908<br><br>In re:<br><br>MICHAEL KALFUS AND ROBIN KALFUS | Order Filed on January 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:       18-13396<br><br>Chapter:        13<br><br>Hearing Date:  January 14, 2020<br><br>Judge:  Hon. Vincent F. Papalia |

**ORDER DENYING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) FIXING THE AMOUNT OF HAVEN SAVINGS BANK'S CLAIM AS OF APRIL 13, 2018 PURSUANT TO FED. R. BANKR. P. 3007 AND 11 U.S.C. SECTION 502; AND (II) FOR TURNOVER OF OVERPAYMENT TO THE ESTATE PURSUANT TO 11 U.S.C. SECTION 542(A)**
(REAL PROPERTY)

The relief set forth on the following pages numbered two (2) through two (2) is hereby

ORDERED

**DATED: January 15, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: MICHAEL KALFUS AND ROBIN KALFUS
Case No.: 18-13396
Caption of Order: ORDER DENYING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) FIXING THE AMOUNT OF HAVEN SAVINGS BANK'S CLAIM AS OF APRIL 13, 2018 PURSUANT TO FED. R. BANKR. P. 3007 AND 11 U.S.C. SECTION 502; AND (II) FOR TURNOVER OF OVERPAYMENT TO THE ESTATE PURSUANT TO 11 U.S.C. SECTION 542(A)

This matter being opened to the Court by Steven P. Kartzman, Chapter 7 Trustee upon the filing of Motion for Entry of an Order (I) Fixing the Amount of Haven Savings Bank's Claim as of April 13, 2018 Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. Section 502; and (II) for Turnover of Overpayment to the Estate Pursuant to 11 U.S.C. Section 542(a); and Objection to the same filed by Martone and Uhlmann, a Professional Corporation on behalf of Haven Savings Bank, Secured Creditor, and due notice of said Motion having been given by mail to the Debtor and the attorney for the Debtor, the matter being heard before the Court on January 14, 2020 and having issued an oral decision on the Motion at the conclusion of January 14, 2020 hearing; and for good cause shown, it is

1. ORDERED that for all of the reasons set forth by the Court on the record at the January 14, 2020 hearing, the Motion for Entry of an Order (I) Fixing the Amount of Haven Savings Bank's Claim as of April 13, 2018 Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. Section 502; and (II) for Turnover of Overpayment to the Estate Pursuant to 11 U.S.C. Section 542(a) is denied;