UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christian Del Toro, 210132016
MARTONE AND UHLMANN, A
PROFESSIONAL CORPORATION
777 PASSAIC AVE
CLIFTON, NJ 07012
(973) 473-3000
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT
HAVEN SAVINGS BANK
27.0908

In re:

MICHAEL KALFUS AND ROBIN KALFUS

Order Filed on January 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        18-13396

Chapter:         13

Hearing Date:    January 14, 2020

Judge:  Hon. Vincent F. Papalia

**ORDER DENYING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) FIXING THE
AMOUNT OF HAVEN SAVINGS BANK'S CLAIM AS OF APRIL 13, 2018 PURSUANT TO
FED. R. BANKR. P. 3007 AND 11 U.S.C. SECTION 502; AND (II) FOR TURNOVER OF
OVERPAYMENT TO THE ESTATE PURSUANT TO 11 U.S.C. SECTION 542(A)**
(REAL PROPERTY)

The relief set forth on the following pages numbered two (2) through two (2) is hereby

ORDERED

**DATED: January 15, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)

Debtor:                MICHAEL KALFUS AND ROBIN KALFUS
Case No.:              18-13396
Caption of Order:      ORDER DENYING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER
                       (I) FIXING THE AMOUNT OF HAVEN SAVINGS BANK'S CLAIM AS OF
                       APRIL 13, 2018 PURSUANT TO FED. R. BANKR. P. 3007 AND 11
                       U.S.C. SECTION 502; AND (II) FOR TURNOVER OF OVERPAYMENT
                       TO THE ESTATE PURSUANT TO 11 U.S.C. SECTION 542(A)


This matter being opened to the Court by Steven P. Kartzman, Chapter 7 Trustee upon the filing of Motion for Entry of an Order (I) Fixing the Amount of Haven Savings Bank's Claim as of April 13, 2018 Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. Section 502; and (II) for Turnover of Overpayment to the Estate Pursuant to 11 U.S.C. Section 542(a); and Objection to the same filed by Martone and Uhlmann, a Professional Corporation on behalf of Haven Savings Bank, Secured Creditor, and due notice of said Motion having been given by mail to the Debtor and the attorney for the Debtor, the matter being heard before the Court on January 14, 2020 and  having issued an oral decision on the Motion at the conclusion of January 14, 2020 hearing; and for good cause shown, it is

1.  ORDERED that for all of the reasons set forth by the Court on the record at the January 14, 2020 hearing, the Motion for Entry of an Order (I) Fixing the Amount of Haven Savings Bank's Claim as of April 13, 2018 Pursuant to Fed. R. Bankr. P. 3007 and 11 U.S.C. Section 502; and (II) for Turnover of Overpayment to the Estate Pursuant to 11 U.S.C. Section 542(a) is denied;

United States Bankruptcy Court
District of New Jersey

In re:
Michael Kalfus
Robin Kalfus
        Debtors

Case No. 18-13396-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Jan 16, 2020
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb         +Michael Kalfus,    Robin Kalfus,    7 Lakeview Terrace,    Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Anthony  Sodono, III   on behalf of Joint Debtor Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Debtor Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Defendant Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Defendant Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III   on behalf of Defendant Michael and Robin  Kalfus asodono@msbnj.com
              Caitlin  Conklin   on behalf of Creditor   Lakeland Bank caitlin.conklin@klgates.com
              Charles G. Wohlrab   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
              Charles Michael Rowan   on behalf of Creditor Albert  Kenney mrowan@saul.com
              Christian  Del Toro   on behalf of Creditor   Haven Savings Bank cdeltoro@martonelaw.com,
               bky@martonelaw.com
              David  Gerardi   on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon   on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Forrest Scott Turkish   on behalf of Attorney Forrest  Turkish fsturkish@aol.com
              Frank J Martone   on behalf of Creditor   Haven Savings Bank bky@martonelaw.com
              Guillermo  Gonzalez   on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez   on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              John  O'Boyle   on behalf of Plaintiff   Osborn Financial Group, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John A. Fialcowitz   on behalf of Plaintiff   Fishman consulting group, llc john@fialcowitzlaw.com
              Joseph L. Schwartz   on behalf of Interested Party   The County of Morris, Morris County
               Sheriff's Office jschwartz@riker.com
              Joseph R Zapata, Jr.   on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Judah B Loewenstein   on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
              Mark E. Hall   on behalf of Mediator Mark  Hall mhall@foxrothschild.com,  cbrown@foxrothschild.com
              Matteo Percontino   on behalf of Creditor   Lakeland Bank matt.percontino@klgates.com,
               matteo.percontino@klgates.com
              Melissa S DiCerbo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz   on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
              Richard James Tracy, III   on behalf of Creditor   The Bank of New York Mellon, FKA The Bank of
               New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9,
               Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahightschiller@schillerknapp.com
              Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

District/off: 0312-2              User: admin                    Page 2 of 2                    Date Rcvd: Jan 16, 2020
                                 Form ID: pdf903                Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Steven P. Kartzman    kartztee@optonline.net,
            jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com,
            waldmanw@aol.com
                                                                                              TOTAL: 29