**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Judah B. Loewenstein, Esq.
jloewenstein@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| MICHAEL KALFUS AND ROBIN KALFUS, | Case No. 18-13396-VFP |
| Debtor. | Chapter 7 |
| | Honorable Vincent F. Papalia |

### CONSENT ORDER EXTENDING THE STATUTE OF LIMITATIONS UNDER BANKRUPTCY CODE SECTIONS 108, 546(a) AND 549(a)

The relief set forth on the following pages numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 6, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2 of 3
Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396-VFP
Caption:    Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 546(a) and 549(a) and Bankruptcy Rule 9006(b)(1)

---

This matter having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman, LLC, for the entry of a consent order extending the statutes of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(a) and Bankruptcy Rule 9006(b)(1), and the Trustee, having agreed to amicably resolve the issue of an extension of the statute of limitations on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS**:

1. The statute of limitation under 11 U.S.C. § 108(a) shall be and is hereby extended to and including May 22, 2020.

2. The statute of limitations under 11 U.S.C. § 546(a) shall be and hereby is extended to and including May 22, 2020.

3. The statute of limitations under 11 U.S.C. § 549(a) shall be and hereby is extended to and including May 22, 2020.

4. Boston College shall not be entitled to raise a statute of limitations defense pursuant to 11 U.S.C. §§ 108, 546 or 549, in an action commenced by the Trustee against Boston College after February 21, 2020 and on or before May 22, 2020 unless that action would not have been timely if filed or initiated on or before February 21, 2020.

5. Entry of this Order is without prejudice to the Trustee's right to seek further extensions of the statute of limitation under 11 U.S.C. §§ 108, 546 or 549 and without prejudice to Boston College's rights to object to same.

Debtor: Michael Kalfus and Robin Kalfus
Case No.: 18-13396-VFP
Caption: Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 546(a) and 549(a) and Bankruptcy Rule 9006(b)(1)

---

6. Nothing in this Order shall be deemed to revive any claims that is or was already barred as of February 21, 2020. Nothing in this Order, or in the circumstances that gave rise to this Order, shall be construed as an acknowledgement by any party that any claim has or has not been barred, or is about to be barred, by a statute of limitations, laches, or other defense based on the lapse of time.

7. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within five (5) days of the date of entry.

*The undersigned hereby consent to
the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**
*Attorneys for Steven P. Kartzman*
*Chapter 7 Trustee*

**BOSTON COLLEGE, OFFICE
OF THE GENERAL COUNSEL**
*Attorneys for Boston College*

By: */s/ Judah B. Loewenstein*
    JUDAH B. LOEWENSTEIN, ESQ.

By: */s/ Nora E. Field*
    NORA E. FIELD, ESQ.

Dated: February 5, 2020

Dated: February 4, 2020