**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
Judah B. Loewenstein, Esq.
jloewenstein@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*

**Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In re:

**MICHAEL KALFUS AND ROBIN KALFUS,**

                Debtor.

Case No. 18-13396-VFP

Chapter 7

Honorable Vincent F. Papalia

**CONSENT ORDER EXTENDING THE STATUTE OF
LIMITATIONS UNDER BANKRUPTCY CODE SECTIONS 108, 546(a) AND 549(a)**

    The relief set forth on the following pages numbered two (2) and three (3) is hereby

**ORDERED**.

**DATED: February 6, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Michael Kalfus and Robin Kalfus |
| Case No.: | 18-13396-VFP |
| Caption: | Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 546(a) and 549(a) and Bankruptcy Rule 9006(b)(1) |

This matter having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger Kartzman, LLC, for the entry of a consent order extending the statutes of limitations under Bankruptcy Code Sections 108(a), 546(a) and 549(a) and Bankruptcy Rule 9006(b)(1), and the Trustee, having agreed to amicably resolve the issue of an extension of the statute of limitations on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS**:

1. The statute of limitation under 11 U.S.C. § 108(a) shall be and is hereby extended to and including May 22, 2020.

2. The statute of limitations under 11 U.S.C. § 546(a) shall be and hereby is extended to and including May 22, 2020.

3. The statute of limitations under 11 U.S.C. § 549(a) shall be and hereby is extended to and including May 22, 2020.

4. Boston College shall not be entitled to raise a statute of limitations defense pursuant to 11 U.S.C. §§ 108, 546 or 549, in an action commenced by the Trustee against Boston College after February 21, 2020 and on or before May 22, 2020 unless that action would not have been timely if filed or initiated on or before February 21, 2020.

5. Entry of this Order is without prejudice to the Trustee's right to seek further extensions of the statute of limitation under 11 U.S.C. §§ 108, 546 or 549 and without prejudice to Boston College's rights to object to same.

Page 3 of 3
Debtor:    Michael Kalfus and Robin Kalfus
Case No.:   18-13396-VFP
Caption:   Consent Order Extending the Statutes of Limitations Under Bankruptcy Code Sections 108(a), 546(a) and 549(a) and Bankruptcy Rule 9006(b)(1)

---

6. Nothing in this Order shall be deemed to revive any claims that is or was already barred as of February 21, 2020. Nothing in this Order, or in the circumstances that gave rise to this Order, shall be construed as an acknowledgement by any party that any claim has or has not been barred, or is about to be barred, by a statute of limitations, laches, or other defense based on the lapse of time.

7. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within five (5) days of the date of entry.

*The undersigned hereby consent to
the form and entry of the within Order:*

**MELLINGER KARTZMAN LLC**                **BOSTON COLLEGE, OFFICE**
*Attorneys for Steven P. Kartzman*         **OF THE GENERAL COUNSEL**
*Chapter 7 Trustee*                        *Attorneys for Boston College*

By: */s/ Judah B. Loewenstein*             By: */s/ Nora E. Field*
    JUDAH B. LOEWENSTEIN, ESQ.                 NORA E. FIELD, ESQ.

Dated: February 5, 2020                    Dated: February 4, 2020

United States Bankruptcy Court
District of New Jersey

In re:
Michael Kalfus
Robin Kalfus
    Debtors

Case No. 18-13396-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Feb 07, 2020
                            Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
db/jdb       +Michael Kalfus,    Robin Kalfus,    7 Lakeview Terrace,    Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
          Anthony   Sodono, III    on behalf of Joint Debtor Robin   Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Debtor Michael   Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Defendant Michael   Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Defendant Robin   Kalfus asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Defendant Michael and Robin   Kalfus asodono@msbnj.com
          Caitlin   Conklin    on behalf of Creditor    Lakeland Bank caitlin.conklin@klgates.com
          Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,    AS TRUSTEE (CWALT 2005-J9) cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
          Charles Michael Rowan    on behalf of Creditor Albert   Kenney mrowan@saul.com
          Christian  Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,    bky@martonelaw.com
          David   Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Forrest Scott Turkish    on behalf of Attorney Forrest   Turkish fsturkish@aol.com
          Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
          Guillermo  Gonzalez    on behalf of Joint Debtor Robin   Kalfus ggonzalez@scuramealey.com,    ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          Guillermo  Gonzalez    on behalf of Debtor Michael   Kalfus ggonzalez@scuramealey.com,    ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
          John  O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
          Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County Sheriff's Office jschwartz@riker.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
          Mark E. Hall    on behalf of Mediator Mark   Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
          Matteo  Percontino    on behalf of Creditor    Lakeland Bank matt.percontino@cohnreznick.com,    matteo.percontino@klgates.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,    AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@hillwallack.com,    tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Feb 07, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William L. Waldman    on behalf of Creditor   Lakeland Bank william.waldman@klgates.com,
           waldmanw@aol.com
                                                                                            TOTAL: 29