**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on March 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>**MICHAEL KALFUS AND<br>ROBIN KALFUS**,<br><br>              Debtor. | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>Case No. 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**INTERIM ORDER ON MOTION OF THE CHAPTER 7 TRUSTEE
FOR ENTRY OF AN ORDER DIRECTING TURNOVER OF PROPERTY
OF THE ESTATE TO THE TRUSTEE PURSUANT TO 11 U.S.C. § 542(a)**

    The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: March 4, 2020**

                                                _____
                                           **Honorable Vincent F. Papalia
                                         United States Bankruptcy Judge**

Page 2 of 4
Debtor:      Michael and Robin Kalfus
Case No.:    18-13396 (VFP)
Caption:     Scheduling Order on Motion of the Chapter 7 Trustee for Entry of an Order Directing Turnover of
             Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a)

_____

This matter having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger Kartzman LLC, for entry of an order directing turnover of property of the estate to the Trustee pursuant to 11 U.S.C. § 542(a) (the "Motion"); and Michael and Robin Kalfus (the "Debtors") having filed opposition to the Motion (the "Opposition") [Dkt. No. 160]; and the Trustee having filed a reply to the Debtors' Opposition (the "Reply") [Dkt. No. 170]; and a hearing having been conducted on the Motion on February 25, 2020; and the Court having made the following preliminary determinations:

a)      The rents from the Property[1] during the period of August 1, 2018 to July 26, 2019 (the "Relevant Period") constitute property of the estate pursuant to 11 U.S.C. § 541(a)(6)(b). The Trustee is entitled to recover the "net rents" during the Relevant Period.  The "net rents" equal the excess of rents collected with respect to the Property during the Relevant Period over expenses paid by the Debtors with respect to the Property during the Relevant Period.

b)      The Debtors have not disputed the amounts as set forth in the Motion as to the rents collected ($87,291.49) and expenses paid by the Debtors ($28,533.75) during the Relevant Period.

c)      The Trustee was acting within the scope of his duties and exercised reasonable business judgment in investigating the possible sale of the Property prior to noticing an abandonment of the Property.

d)      The Trustee did not abandon and reserved all his rights as to the estate's interest in the rents from the Property during the Relevant Period.

_____

[1] Capitalized terms, not otherwise defined herein, shall have the meaning ascribed to them in the Motion.

Page 3 of 4
Debtor:      Michael and Robin Kalfus
Case No.:    18-13396 (VFP)
Caption:     Scheduling Order on Motion of the Chapter 7 Trustee for Entry of an Order Directing Turnover of
             Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a)

_____

e)    Notice was not provided, but needs to be provided, to all parties that may have a

secured interest (including an Assignment of Rents) in the post-petition rents from the Property

for the Relevant Period, including, but not limited to: (i) Shellpoint Mortgage Servicing, and its

mortgagee; (ii) Bayview Loan Servicing; and its mortgagee; and (iii) the Internal Revenue

Service (collectively, the "Additional Notice Parties"), to afford the Additional Notice Parties an

opportunity to respond to the Motion.

It is hereby

**ORDERED AS FOLLOWS**:

1.    The hearing on the Motion shall be continued until <u>March 31, 2020 at 10:00 a.m.</u>

2.    The Debtors shall have until March 20, 2020 to:  (i)  file with the Court and serve

on the Trustee evidence of expenses paid during the Relevant Period that are not already

included in the figure of $28,533.75 in expenses paid by the Debtors during the Relevant Period

(the "Additional Expenses"); and (ii) otherwise supplement their objection to the Motion.

3.    The Trustee shall serve the Additional Notice Parties with a copy of this Order

and the Motion within three (3) business days of its entry and promptly file proof of service of

same.

4.    All parties asserting a secured or other interest in the post-petition rents from the

Property for the Relevant Period shall have until March 24, 2020 to file a response/opposition, if

any, to the Motion.

Page 4 of 4
Debtor:     Michael and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Scheduling Order on Motion of the Chapter 7 Trustee for Entry of an Order Directing Turnover of
            Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a)

5.      The Trustee shall have until March 27, 2020 to file a reply/opposition to any amounts asserted by the Debtors as Additional Expenses paid during the Relevant Period or any other objection of the Debtors, as well as a reply to any response/opposition filed by a party asserting a secured or other interest in the rents.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13396-VFP
Michael Kalfus                                                          Chapter 7
Robin Kalfus
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2          Date Rcvd: Mar 04, 2020
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db/jdb         +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
          Anthony  Sodono, III   on behalf of Joint Debtor Robin  Kalfus asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Debtor Michael  Kalfus asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Defendant Michael  Kalfus asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Defendant Robin  Kalfus asodono@msbnj.com
          Anthony  Sodono, III   on behalf of Defendant Michael and Robin  Kalfus asodono@msbnj.com
          Caitlin  Conklin   on behalf of Creditor   Lakeland Bank caitlin.conklin@klgates.com
          Charles G. Wohlrab   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
          Charles Michael Rowan   on behalf of Creditor Albert  Kenney mrowan@saul.com
          Christian  Del Toro   on behalf of Creditor   Haven Savings Bank cdeltoro@martonelaw.com,
           bky@martonelaw.com
          David  Gerardi   on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon   on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Forrest Scott Turkish   on behalf of Attorney Forrest  Turkish fsturkish@aol.com
          Frank J Martone   on behalf of Creditor   Haven Savings Bank bky@martonelaw.com
          Guillermo  Gonzalez   on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
           om;agouveia@scura.com
          Guillermo  Gonzalez   on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
           om;agouveia@scura.com
          John  O'Boyle   on behalf of Plaintiff   Osborn Financial Group, LLC joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John A. Fialcowitz   on behalf of Plaintiff   Fishman consulting group, llc john@fialcowitzlaw.com
          Joseph L. Schwartz   on behalf of Interested Party   The County of Morris, Morris County
           Sheriff's Office jschwartz@riker.com
          Joseph R Zapata, Jr.   on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net
          Joseph R Zapata, Jr.   on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Judah B Loewenstein   on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
          Mark E. Hall   on behalf of Mediator Mark  Hall mhall@foxrothschild.com,  cbrown@foxrothschild.com
          Matteo  Percontino   on behalf of Creditor   Lakeland Bank matt.percontino@cohnreznick.com,
           matteo.percontino@klgates.com
          Melissa S DiCerbo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Rebecca Ann Solarz   on behalf of Creditor   VW Credit Leasing, Ltd rsolarz@kmllawgroup.com
          Richard James Tracy, III   on behalf of Creditor   The Bank of New York Mellon, FKA The Bank of
           New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9,
           Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

```
District/off: 0312-2          User: admin          Page 2 of 2          Date Rcvd: Mar 04, 2020
                              Form ID: pdf903       Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
         jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Steven P. Kartzman    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net,
         jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        Steven P. Kartzman    kartztee@optonline.net,
         jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William L. Waldman    on behalf of Creditor   Lakeland Bank william.waldman@klgates.com,
         waldmanw@aol.com
                                                TOTAL: 31