**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on March 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>                              Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**CONSENT ORDER RECLASSIFYING CLAIM
OF THE STATE OF NEW JERSEY, DIVISION OF TAXATION**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: March 19, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2 of 3
Debtor: Michael Kalfus and Robin Kalfus
Case No.: 18-13396 (VFP)
Caption: Consent Order Reclassifying Claim of the State of New Jersey, Division of Taxation

THIS MATTER having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for the Chapter 7 Trustee, Steven P. Kartzman (the "Trustee"), on application for the entry of a Consent Order reclassifying the claim of the State of New Jersey, Division of Taxation; and the State of New Jersey, Division of Taxation having filed proof of claim #13-1 against the estate in the amount of $73,862.17, with $40,833.37 being asserted as secured; and the parties having agreed on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1. The Proof of Claim filed by the State of New Jersey, Division of Taxation on March 23, 2018 in the amount of $73,862.17 (Claim No. 13-1), be, and is hereby reclassified as a priority claim in the amount of $62,216.17 and a general unsecured claim in the amount of $11,646.00.

2. The Trustee reserves the right, if necessary, to further challenge and/or address the amount of the claim filed by the State of New Jersey, Division of Taxation for a period of 180 days from the date of entry of this Order (the "Deadline to Object"). To the extent not further extended, should the Trustee fail to file an objection to the claim within the Deadline to Object, the claim shall be deemed an allowed claim.

3. The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Consent Order. This Consent Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

4. The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Consent Order.

Page 3 of 3
Debtor:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Consent Order Reclassifying Claim of the State of New Jersey, Division of Taxation

*The undersigned hereby consent to*
*the form and entry of the within Order:*

| **MELLINGER KARTZMAN LLC** | **GURBIR S. GREWAL** |
|---|---|
| *Attorneys for Steven P. Kartzman* | *Attorney General for the State Of New Jersey* |
| *Chapter 7 Trustee* | *Division of Taxation* |
| | |
| By:  */s/ Joseph R. Zapata, Jr.* | By:  /s/ Heather Lynn Anderson |
|        JOSEPH R. ZAPATA, JR., ESQ. |        HEATHER LYNN ANDERSON, D.A.G. |
| | |
| Dated: March 5, 2020 | Dated: March 3, 2020 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13396-VFP
Michael Kalfus                                                            Chapter 7
Robin Kalfus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 19, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db/jdb         +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Anthony  Sodono, III    on behalf of Defendant Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Debtor Michael  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Defendant Michael and Robin  Kalfus asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Joint Debtor Robin  Kalfus asodono@msbnj.com
              Caitlin  Conklin    on behalf of Creditor   Lakeland Bank caitlin.conklin@klgates.com
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Charles Michael Rowan     on behalf of Creditor Albert  Kenney mrowan@saul.com
              Christian  Del Toro    on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
               bky@martonelaw.com
              David  Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene  Killian, Jr.     on behalf of Defendant   Syracuse University ekillian@tkfpc.com,
               lstudwell@tkfpc.com;rmilun@tkfpc.com
              Forrest Scott Turkish    on behalf of Attorney Forrest  Turkish fsturkish@aol.com
              Frank J Martone    on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
              Guillermo  Gonzalez    on behalf of Joint Debtor Robin  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo  Gonzalez    on behalf of Debtor Michael  Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              John  O'Boyle    on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John A. Fialcowitz    on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
              Joseph L. Schwartz    on behalf of Interested Party    The County of Morris, Morris County
               Sheriff's Office jschwartz@riker.com
              Joseph R Zapata, Jr.     on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.     on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Judah B Loewenstein    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
              Mark E. Hall    on behalf of Mediator Mark  Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
              Matteo  Percontino    on behalf of Creditor    Lakeland Bank matt.percontino@cohnreznick.com,
               matteo.percontino@klgates.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com

```
District/off: 0312-2               User: admin                Page 2 of 2                   Date Rcvd: Mar 19, 2020
                                   Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Richard James Tracy, III    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

        Sari Blair Placona    on behalf of Debtor Michael  Kalfus splacona@msbnj.com

        Sari Blair Placona    on behalf of Joint Debtor Robin  Kalfus splacona@msbnj.com

        Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net

        Steven P. Kartzman    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net

        Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net

        Steven P. Kelly    on behalf of Defendant    American Express National Bank skelly@sterneisenberg.com, bkecf@sterneisenberg.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com, waldmanw@aol.com

        TOTAL: 35