**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*



**Order Filed on April 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Case No. 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

### ORDER DIRECTING TURNOVER OF PROPERTY OF THE ESTATE TO THE TRUSTEE PURSUANT TO 11 U.S.C. § 542(a), AND DENYING CROSS-MOTION FILED BY THE DEBTORS TO COMPEL ABANDONMENT

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: April 8, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor:    Michael and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:   Order Directing Turnover of Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a), and Denying Cross-Motion Filed by the Debtors to Compel Abandonment

---

This matter having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger Kartzman LLC, for entry of an order directing turnover of property of the estate to the Trustee pursuant to 11 U.S.C. § 542(a) (the "Motion"); and Michael and Robin Kalfus (the "Debtors") having filed opposition to the Motion (the "Opposition") [Dkt. No. 160]; and the Trustee having filed a reply to the Debtors' Opposition (the "Reply") [Dkt. No. 170]; and a hearing having been conducted on the Motion on February 25, 2020; and the Court having entered an Interim Order on Motion of the Chapter 7 Trustee for Entry of an Order Directing Turnover of Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a) (the "Interim Order") [Dkt. No. 171] on March 4, 2020; and the Debtors having filed a Cross-Motion Compelling Chapter 7 Trustee to Abandon Assets (the "Cross-Motion") [Dkt. No. 183]; and the Trustee having filed opposition to the Cross-Motion [Dkt. No. 189]; and a further hearing having been conducted on the Motion and the Cross-Motion on March 31, 2020; and it appearing that notice of the Motion has been duly served upon the parties concerned; and good and sufficient cause existing for entering the within Order; for the reasons on the record on both hearing dates, it is hereby

**ORDERED AS FOLLOWS**:

1.    The Interim Order be, and is hereby, affirmed and incorporated herein by reference.

2.    The Cross-Motion is denied.

3.    The Debtors be, and are hereby, directed to turnover over to the Trustee the rents in excess of expenses received by the Debtors, post-petition, from the Debtors' real property

Debtor: Michael and Robin Kalfus
Case No.: 18-13396 (VFP)
Caption: Order Directing Turnover of Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a), and Denying Cross-Motion Filed by the Debtors to Compel Abandonment

---

located at 106 Brookside Drive, Killington, Vermont (the "Rental Property"), and acknowledged by the Debtor's in the Cross-Motion, in the sum of at least $32,369.51 (the "Base Turnover Amount"), within 15 days of the entry of this Order, to the extent such funds are in either or both of the Debtors' possession, custody or control.

4. To the extent that the Debtors fail to or are otherwise unable comply with the provisions of this Order, the Trustee may file a motion for entry of a judgment for a sum certain supported by a certification setting forth the Debtors' non-compliance, the basis on which the sum certain was calculated and any other matters the Trustee deems appropriate, including (without limitation) a legal memorandum in support of any additional relief (e.g., attorneys fees) sought.

5. The Debtors are not entitled to an exemption as to any of the Base Turnover Amount.

6. The Trustee and the Debtors shall make reasonable efforts to review and address the additional expenses, as provided in the Cross-Motion, to determine if additional amounts must be turned over as net rent in addition to the Base Turnover Amount. To the extent that the parties are unable to come to a resolution with respect to the additional expenses, the parties may submit certification(s) to the Court addressing the unresolved issues and a hearing shall be set by the Court with respect to the same. The Trustee reserves the right to pursue turnover of additional amounts of net rent, and the Debtors reserve the right to oppose a turnover of additional net rent.

7. The Trustee shall serve a copy of this Order on all interested parties within five (5) days from the date of entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-13396-VFP
Michael Kalfus                                                      Chapter 7
Robin Kalfus
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 08, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2020.
db/jdb         +Michael Kalfus,   Robin Kalfus,   7 Lakeview Terrace,   Montville, NJ 07045-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2020 at the address(es) listed below:
              Anthony   Sodono, III   on behalf of Defendant Michael   Kalfus asodono@msbnj.com
              Anthony   Sodono, III   on behalf of Defendant Robin   Kalfus asodono@msbnj.com
              Anthony   Sodono, III   on behalf of Debtor Michael   Kalfus asodono@msbnj.com
              Anthony   Sodono, III   on behalf of Defendant Michael and Robin   Kalfus asodono@msbnj.com
              Anthony   Sodono, III   on behalf of Joint Debtor Robin   Kalfus asodono@msbnj.com
              Caitlin   Conklin   on behalf of Creditor    Lakeland Bank caitlin.conklin@klgates.com
              Charles G. Wohlrab   on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Charles Michael Rowan   on behalf of Creditor Albert   Kenney mrowan@saul.com
              Christian  Del Toro   on behalf of Creditor    Haven Savings Bank cdeltoro@martonelaw.com,
               bky@martonelaw.com
              David  Gerardi   on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon   on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eugene   Killian, Jr.   on behalf of Defendant    Syracuse University ekillian@tkfpc.com,
               lstudwell@tkfpc.com;rmilun@tkfpc.com
              Forrest Scott Turkish   on behalf of Attorney Forrest   Turkish fsturkish@aol.com
              Frank J Martone   on behalf of Creditor    Haven Savings Bank bky@martonelaw.com
              Guillermo   Gonzalez   on behalf of Joint Debtor Robin   Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              Guillermo   Gonzalez   on behalf of Debtor Michael   Kalfus ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;martinezcr93878@notify.bestcase.c
               om;agouveia@scura.com
              John  O'Boyle   on behalf of Plaintiff    Osborn Financial Group, LLC joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John A. Fialcowitz   on behalf of Plaintiff    Fishman consulting group, llc john@fialcowitzlaw.com
              Joseph L. Schwartz   on behalf of Interested Party    The County of Morris, Morris County
               Sheriff's Office jschwartz@riker.com
              Joseph R Zapata, Jr.   on behalf of Plaintiff Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.   on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Judah B Loewenstein   on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
              Mark E. Hall   on behalf of Mediator Mark   Hall mhall@foxrothschild.com,   cbrown@foxrothschild.com
              Matteo  Percontino   on behalf of Creditor    Lakeland Bank matt.percontino@cohnreznick.com,
               matteo.percontino@klgates.com
              Melissa S DiCerbo   on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Rebecca Ann Solarz   on behalf of Creditor    VW Credit Leasing, Ltd rsolarz@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 08, 2020
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard James Tracy, III    on behalf of Creditor    The Bank of New York Mellon, FKA The Bank of
               New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9,
               Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Sari Blair Placona    on behalf of Debtor Michael  Kalfus splacona@msbnj.com
              Sari Blair Placona    on behalf of Joint Debtor Robin  Kalfus splacona@msbnj.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
              Steven P. Kartzman    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net
              Steven P. Kelly    on behalf of Defendant    American Express National Bank
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William L. Waldman    on behalf of Creditor    Lakeland Bank william.waldman@klgates.com,
               waldmanw@aol.com
                                                                                             TOTAL: 35
```