UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 20-10312 (VFP) |
|---|---|---|
| MICHAEL KALFUS AND ROBIN KALFUS, | Chapter: | 7 |
| DEBTORS. | Judge: | Vincent F. Papalia |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk
Martin Luther King Jr. Federal Building
50 Walnut Street, P.O. Box 1352
Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on February 17, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee identified non-exempt equity in rents over expenses collected by the Debtors post-conversion in an investment property located at 106 Brookside Drive, Killington, Vermont (the "Property). On February 4, 2020, the Trustee filed a Motion for Entry of an Order Directing Turnover of Rents Pursuant to 11 U.S.C. 524(a) at Dkt. No. 150 (the "Motion"). On March 4, 2020 an Interim Order on Motion of the Chapter 7 Trustee for Entry of an Order Directing Turnover of Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a) was entered at Dkt. No. 171 (the "Interim Order"). On April 8, 2020, an Order Directing Turnover of Property of the Estate to the Trustee Pursuant to 11 U.S.C. § 542(a) and Denying Cross-Motion Filed by the Debtors to Compel Abandonment was entered at Dkt. No. 171 (the "April 8, 2020 Order"). The April 8, 2020 Order directed the Debtors to turnover $32,369.51. Additionally, the Trustee reserved the right to pursue turnover of additional amounts of net rent while the Debtors reserved the right to oppose a turnover of additional net rent. The Trustee entered into negotiations with the Debtors' attorneys, and after an extensive review of additional expenses the parties have settled the issue of the amount of net rents from the Property to be turned over to the Trustee.

Pertinent terms of settlement: The Debtors shall pay the sum of $42,000 to satisfy the Trustee's turnover demand, by way of $35,000 in twenty (20) monthly payments of $1,750, beginning January 15, 2021, and a lump sum payment of $7,000 to be paid by September 15, 2022. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery.

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Steven P. Kartzman, Esq., Mellinger Kartzman

Address:       101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-13396-VFP |
| Michael Kalfus | Chapter 7 |
| Robin Kalfus | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf905 | Total Noticed: 85 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158 |
| aty | + | Forrest Turkish, c/o Forrest S. Turkish, Esq., 595 Broadway, Ground Floor, Bayonne, NJ 07002 U.S. 07002-8808 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibtaltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | + | Haven Savings Bank, 621 Washington Street, Hoboken, NJ 07030-4907 |
| r | + | Keller Williams Metropolitan, Keller Williams Metropolitan, 55 Madison Avenue, Morristown, NJ 07960-7321 |
| acc | | Petrucelli Piotrowski & Co, Inc., Petrucelli, Piotrowski & Co, Inc., 236 Main Street, Woodbridge, NJ 07095 |
| intp | + | The County of Morris, Morris County Sheriff's Offi, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| 517344689 | | 1st Constitution Bk, 796 Rt 130 N, Cranbury, NJ 08512 |
| 517344691 | + | Albert Kenney, 3 Leach Hollow Road, Sherman, CT 06784-2302 |
| 517818038 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517385072 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435133 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517344692 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517344693 | + | Attorney General, US Dept. of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 517593065 | + | CVF III Mortgage Loan Trust II c/o Shellpoint Mort, PO Box 10826, Greenville SC 29603-0826 |
| 518660368 | + | Cardlen Inc., 8101 Sandy Spring Drive, Suite 250-L, Laurel, MD 20707-3527 |
| 517810195 | + | Chase Bank USA, N.A., PO Box 15368, Wilmington, DE 19850-5368 |
| 517344698 | + | Dixon Bros, 100 Pocono Road, Mountain Lakes, NJ 07046-1649 |
| 517382446 | + | Dixon Bros. A & A oil Propane, Ralph A, Grieco Esquire, 758 Morris Tpke, PO Bxo 505, Short Hills, NJ 07078-0505 |
| 517344699 | + | Dixon Oil, 100 Pocono Road, Mountain Lakes, NJ 07046-1649 |
| 517344700 | + | Fein, Such, ,Kahn & Shepard, 7 Century Dive, Ste. 201, Parsippany, NJ 07054-4673 |
| 517344701 | + | Feitlin, Youngman, Karas & Gerson, Heritage Plaza II, 65 Harristown Road, Suite 207, Glen Rock, NJ 07452-3317 |
| 517608773 | + | Feitlin, Youngman, Karas & Gerson, LLC, 65 Harristown Road, Suite 207, Glen Rock, New Jersey 07452-3317 |
| 517609033 | + | Fishman Consulting Group, LLC, c/o The Law Office of John A. Fialcowitz, 89 Headquarters Plaza North, Suite 1216, Morristown, New Jersey 07960-6834 |
| 517344702 | | Forman, Holt, Eliades & Youngman LLC, 80 Route 3 Easte, Suite 290, Paramus, NJ 07652 |
| 517818040 | + | George Hellerman, Bankruptcy Specialist, IRS, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081-3570 |
| 517435703 | + | HSBC Bank USA, N.A, 2929 Walden Avenue C17, Business Services, Depew, NY 14043-2602 |
| 517818041 | | Halpin Stephen, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517344703 | | Haven Savings Bank, 621 WashingtonS treet, Hoboken, NJ 07030 |
| 517703685 | + | Houser Engineering, 1141 Greenwood Lake Tpke, Ringwood, NJ 07456-1433 |
| 517655708 | + | Houser Engineering, LLC., 1141 Greenwood Lake Turnpike, Suite C, Ringwood, NJ 07456-1433 |
| 517344704 | + | Hsbc Bank, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517656959 | + | Isabel Del Corral, 277 Fairfield Road, Fairfield, NJ 07004-1900 |
| 517572439 | + | JCP&L, P.O. Box 16001, Reading, PA 19612-6001 |
| 517893287 | + | Jersey Central Power & Light/First Energy, 101 Crawford Corner Rd Bldg, Suite 511, Holmdel, NJ 07733-1976 |
| 517344707 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Road, Oak Ridge, NJ 07438 |
| 517387868 | + | Lakeland Bank, William L. Waldman, Esq and, Matteo Percontino Esq.K&L Gates LLP, One Newark Center 10th Floor, 1085 Raymond Blvd, Newark, NJ 07102-5237 |

Case 18-13396-VFP    Doc 211    Filed 01/16/21    Entered 01/17/21 00:17:22    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf905 | Total Noticed: 85 |

| | | |
|---|---|---|
| 517388267 | | Law Office of Forrest S. Turkish, c/o Forrest S. Turkish, Esq., 595 Broadway, Ground Floor, Bayonne, NJ 07002 |
| 517818042 | | Law Office of Forrest Scott Turkish, 595 Broadway, Ground Floor, Bayonne, NJ 07002 |
| 517344708 | | M2 Worldwide, LLC, 706C Myrtle Avenue, Boonton, NJ 07005 |
| 517382495 | + | NJSVS Surcharge Violation System Office, Bankruptcy Unit, PO Box 136, Trenton, NJ 08666-0136 |
| 517344709 | + | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St., PO Box 112, Trenton, NJ 08625-0112 |
| 517572440 | + | Petro Home Services, 15 Richboynton Avenue, Dover, NJ 07801-2649 |
| 517703686 | + | Petro Oil, 15 Richboynton Avenue, Dover, NJ 07801-2649 |
| 517344710 | + | Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057-0018 |
| 517344711 | + | Ralph A. Grieco, P.A., 758 Morris Turnpike, P.O. Box 505, Short Hills, NJ 07078-0505 |
| 517656976 | + | Richard Levinson, 129 Tournament Drive, Monroe Township, NJ 08831-2537 |
| 517407061 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517344712 | + | Saul Ewing, LLP, 650 College Road East, Suite 4000, Princeton, NJ 08540-6603 |
| 517344713 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 517344714 | + | Slomins, Inc., 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 517344715 | + | State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0001 |
| 517703687 | | State of Vermont, Department of Taxes, Montpelier, VT 05633-1401 |
| 517655709 | + | State of Vermont Dept. of Taxes, 133 State Street, Montepelier, VT 05633-0002 |
| 517365914 | + | THE BANK OF NEW YORK MELLON, c/o Gilbert R. Yabes, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 517344716 | + | The Fishman Consulting Group, LLC., 23 Cornwall Drive, Westfield, NJ 07090-1353 |
| 517655710 | + | The Jayson Company, 2150 Stanley Terrace, Union, NJ 07083-4320 |
| 517344717 | + | The Law Offices of John A. Fialcowitz, 89 Headquarters Plaza North, Suite 1216, Morristown, NJ 07960-6834 |
| 517344718 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517344719 | + | Townes B. Johnson, III, P.O. Box 9246, Greenville, SC 29604-9246 |
| 517703688 | + | Township of Boonton, Attn: Tax Collector, 155 Powerville Road, Boonton, NJ 07005-8729 |
| 517395021 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517369185 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517818043 | + | Volkswagen Credit, Inc., PO Box 9013, Addison, TX 75001-9013 |
| 517392181 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 517818044 | + | Wells Fargo Bank, NA, Small Business Lending Division, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 66

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2021 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2021 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517600891 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2021 22:11:03 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517344690 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2021 22:10:23 | Advanta Bk, Welsh and McKean Roads, Po Box 844, Spring House, PA 19477-0844 |
| 517344694 | + Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 14 2021 21:11:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 517344695 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 14 2021 22:11:09 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517441320 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 14 2021 22:11:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517818039 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 14 2021 22:10:51 | Direct TV, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517600521 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

Case 18-13396-VFP    Doc 211    Filed 01/16/21    Entered 01/17/21 00:17:22    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf905 | Total Noticed: 85 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 14 2021 22:10:50 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517344705 | + | Email/Text: mosborn@infusioncapitalgroup.com | Jan 14 2021 21:09:00 | Infusion Capital Group, c/o Osborn Financial Group, LLC., 1000 Johnnie Dodds Blvd., Suite 103-302, Mount Pleasant, SC 29464-3135 |
| 517344706 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2021 21:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517344696 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 14 2021 22:10:28 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517344697 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 14 2021 22:10:28 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517843554 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 14 2021 22:12:09 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517611473 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Jan 14 2021 21:11:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 517344720 | + | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2021 21:11:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. - Ste. 700, Newark, NJ 07102-2527 |
| 517860269 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2021 21:11:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517344721 | + | Email/Text: vci.bkcy@vwcredit.com | Jan 14 2021 21:11:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 517818045 | | Email/Text: legal@yapstone.com | Jan 14 2021 21:09:00 | Yapstone, 2121 N. California Blvd, Suite 400, Walnut Creek, CA 94596 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517472432 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518986427 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518986428 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517385028 | *+ | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| cr | ##++++ | LAKELAND BANK, C/O LECLAIRRYAN, P.C., ATTN.: WILLIAM L. WALDMAN, 1 RIVERFRONT PLZ STE 16, NEWARK NJ 07102-5436, address filed with court:, Lakeland Bank, c/o LeClairRyan, P.C., Attn.: William L. Waldman, 1037 Raymond Blvd., 16th Floor, Newark, NJ 07102 |
| 518660369 | ##+ | Dr. Sharon Allison Ottey, 7606 Finglas Court, Laurel, MD 20707-6874 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021        Signature:        /s/Joseph Speetjens

Case 18-13396-VFP    Doc 211    Filed 01/16/21    Entered 01/17/21 00:17:22    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf905 | Total Noticed: 85 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com |
| Caitlin Conklin | on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com Aidan.Nowak@klgates.com |
| Charles Michael Rowan | on behalf of Creditor Albert Kenney mrowan@saul.com |
| Christian Del Toro | on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com bky@martonelaw.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eugene Killian, Jr. | on behalf of Defendant Syracuse University ekillian@tkfpc.com lstudwell@tkfpc.com;rmilun@tkfpc.com |
| Forrest Scott Turkish | on behalf of Attorney Forrest Turkish fsturkish@aol.com |
| Frank J Martone | on behalf of Creditor Haven Savings Bank bky@martonelaw.com |
| Guillermo Gonzalez | on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| Guillermo Gonzalez | on behalf of Debtor Michael Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| John O'Boyle | on behalf of Plaintiff Osborn Financial Group LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John A. Fialcowitz | on behalf of Plaintiff Fishman consulting group llc john@fialcowitzlaw.com |
| Joseph L. Schwartz | on behalf of Interested Party The County of Morris Morris County Sheriff's Office jschwartz@riker.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net |
| Judah B Loewenstein | on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com cbrown@foxrothschild.com |
| Matteo Percontino | on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf905 | Total Noticed: 85 |

Melissa S DiCerbo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com

Richard Honig
    on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com

Richard James Tracy, III
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Sari Blair Placona
    on behalf of Debtor Michael Kalfus splacona@msbnj.com

Sari Blair Placona
    on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
    on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

Steven P. Kartzman
    kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net

Steven P. Kelly
    on behalf of Defendant American Express National Bank skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William L. Waldman
    on behalf of Creditor Lakeland Bank william.waldman@klgates.com waldmanw@aol.com

TOTAL: 35