UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter: 11

Hearing Date: _____

Judge: _____

**NOTICE OF INTENTION TO CLOSE CASE
PURSUANT TO D.N.J. LBR 3022-1(a)**

TO:   DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after _____ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date: _____

Time: _____

Location: _____
_____
_____

DATED: _____        JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*