NJ SL Legal Liner

**Star Ledger**
**LEGAL AFFIDAVIT**

AD#: 0010073728     Total     $469.96

State of New Jersey,) ss
County of Middlesex)

Lisa Arrington being duly sworn, deposes that he/she is principal clerk of NJ Advance Media; that Star Ledger is a public newspaper, with general circulation in Atlantic, Burlington, Cape May, Essex, Hudson, Hunterdon, Mercer, Middlesex, Monmouth, Morris, Ocean, Passaic, Somerset, Sussex, Union, and Warren Counties, and this notice is an accurate and true copy of this notice as printed in said newspaper, was printed and published in the regular edition and issue of said newspaper on the following date(s):
**Star Ledger 08/26, 08/27/2021**

_Lisa Arrington_
Principal Clerk of the Publisher

Sworn to and subscribed before me this 30th day of August 2021

Notary Public

Darian N Alexander
Notary Public
New Jersey
My Commission Expires November 13, 2022
No. 50071877

**MICHAEL KALFUS and ROBIN KALFUS**
**UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY**
**CASE NO. 18-13396 (VFP)**

DEADLINE TO FILE AN ADMINISTRATIVE PROOF OF CLAIM: OCTOBER 1, 2021

COMMENCEMENT OF CASE: On February 22, 2018, Michael Kalfus and Robin Kalfus (the "Debtor" or "Kalfus") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The case was converted to Chapter 7 on August 1, 2018. All documents filed with the Court are available for inspection at the Office of the Clerk of the Bankruptcy Court, Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, NJ 07102, Phone: 973-645-4764. NOTE: The staff of the Bankruptcy Clerk's Office is prohibited by law from giving legal advice.
NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE. NOTICE IS HEREBY GIVEN THAT the United States Bankruptcy Court for the District of New Jersey has fixed October 1, 2021, as the last date (the "Administrative Claims Bar Date") by which all entities, including individuals, partnerships, corporations, estates, trusts and governmental units (collectively, "Person") holding Administrative Claims (as defined below) against the Debtor that arose on or after February 22, 2018, but prior to August 1, 2018, must file a request for allowance of such Administrative Claims. Any Person who asserts such an Administrative Claim and wishes to have such Administrative Claim allowed by the Court and paid by the Trustee must file a Chapter 11 administrative proof of claim with the Office of the Clerk of the Bankruptcy Court, so that it is received by the Bankruptcy Clerk's Office, Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, NJ 07102, and the Trustee's counsel (at the address set forth below), no later than October 1, 2021. All requests for the allowance of payment of Administrative Claims shall conform substantially to N.J. LBR 3001-1(a) (Mandatory Form Request for Payment of Administrative Expense) of the Official Bankruptcy Forms, and must be marked with the words "Administrative Proof of Claim." SHOULD YOU FAIL TO FILE A TIMELY REQUEST FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM, SUCH CLAIM SHALL NOT BE ALLOWED BY THE COURT OR PAID BY THE ESTATE.
For purposes of this Notice, an Administrative Claim is a Claim (as hereinafter defined) with respect to which a holder intends to seek priority of payment pursuant to 11 U.S.C. §§ 503 and 507(a)(1) of the Bankruptcy Code, except that holders of the following types of administrative expense claims need not file requests for allowance of such Claims by the Administrative

Claims Bar Date: (i) administrative claims of professionals retained pursuant to 11 U.S.C. §§ 327 and 328 of the Bankruptcy Code, and (ii) all fees payable and unpaid pursuant to 28 U.S.C. § 1930.

For purposes of this Notice, a Claim means (a) the right to payment whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured (including potential and unmatured tort and contract claims), fully accrued, disputed, undisputed, legal, equitable, secured or unsecured or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to receive payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured (including potential and unmatured tort and contract claims), fully accrued, disputed, undisputed, secured or unsecured. Additional information regarding the filing of administrative expense claims and/or a complete copy of the Trustee's motion papers for an Order fixing the Administrative Bar Date may be obtained from the Trustee's counsel at the following address: Mellinger Kartzman LLC, Attn: Steven A. Jayson, Esq., 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950, Telephone No. (973) 267-0220.

8/26,27/21                    $379.96