Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13396−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Kalfus
7 Lakeview Terrace
Montville, NJ 07045

Robin Kalfus
7 Lakeview Terrace
Montville, NJ 07045

Social Security No.:
xxx−xx−2675

xxx−xx−4129

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      12/21/21
Time:      02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mellinger Kartzman LLC, Trustee's Attorney,
period: 8/6/2018 to 7/2/2021

COMMISSION OR FEES
$174,764.50

EXPENSES
$331.25.

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 18, 2021
JAN:

                                                                                                    Jeanne Naughton
                                                                                                    Clerk

Case 18-13396-VFP    Doc 220    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc
Imaged Certificate of Notice    Page 2 of 7

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                            Case No. 18-13396-VFP

Michael Kalfus                                                                                              Chapter 7

Robin Kalfus

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 18, 2021 | Form ID: 137 | Total Noticed: 86 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158 |
| aty | + | Forrest Turkish, c/o Forrest S. Turkish, Esq., 595 Broadway, Ground Floor, Bayonne, NJ 07002 U.S. 07002-8808 |
| aty | + | Mellinger Kartzman LLC, 101 Gibralter Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Mellinger, Sanders & Kartzman, LLC, 101 Gibtaltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | + | Haven Savings Bank, 621 Washington Street, Hoboken, NJ 07030-4907 |
| r | + | Keller Williams Metropolitan, Keller Williams Metropolitan, 55 Madison Avenue, Morristown, NJ 07960-7321 |
| acc | | Petrucelli Piotrowski & Co, Inc., Petrucelli, Piotrowski & Co, Inc., 236 Main Street, Woodbridge, NJ 07095 |
| intp | + | The County of Morris, Morris County Sheriff's Offi, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| 517344689 | | 1st Constitution Bk, 796 Rt 130 N, Cranbury, NJ 08512 |
| 517344691 | + | Albert Kenney, 3 Leach Hollow Road, Sherman, CT 06784-2302 |
| 517818038 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517385072 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435133 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517344692 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517344693 | + | Attorney General, US Dept. of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 517593065 | + | CVF III Mortgage Loan Trust II c/o Shellpoint Mort, PO Box 10826, Greenville SC 29603-0826 |
| 518660368 | + | Cardlen Inc., 8101 Sandy Spring Drive, Suite 250-L, Laurel, MD 20707-3527 |
| 517810195 | + | Chase Bank USA, N.A., PO Box 15368, Wilmington, DE 19850-5368 |
| 517344698 | + | Dixon Bros, 100 Pocono Road, Mountain Lakes, NJ 07046-1649 |
| 517382446 | + | Dixon Bros. A & A oil Propane, Ralph A, Grieco Esquire, 758 Morris Tpke, PO Bxo 505, Short Hills, NJ 07078-0505 |
| 517344699 | + | Dixon Oil, 100 Pocono Road, Mountain Lakes, NJ 07046-1649 |
| 517344700 | + | Fein, Such, ,Kahn & Shepard, 7 Century Dive, Ste. 201, Parsippany, NJ 07054-4673 |
| 517344701 | + | Feitlin, Youngman, Karas & Gerson, Heritage Plaza II, 65 Harristown Road, Suite 207, Glen Rock, NJ 07452-3317 |
| 517608773 | + | Feitlin, Youngman, Karas & Gerson, LLC, 65 Harristown Road, Suite 207, Glen Rock, New Jersey 07452-3317 |
| 517609033 | + | Fishman Consulting Group, LLC, c/o The Law Office of John A. Fialcowitz, 89 Headquarters Plaza North, Suite 1216, Morristown, New Jersey 07960-6834 |
| 517344702 | | Forman, Holt, Eliades & Youngman LLC, 80 Route 3 Easte, Suite 290, Paramus, NJ 07652 |
| 517818040 | + | George Hellerman, Bankruptcy Specialist, IRS, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081-3570 |
| 517435703 | + | HSBC Bank USA, N.A, 2929 Walden Avenue C17, Business Services, Depew, NY 14043-2602 |
| 517818041 | | Halpin Stephen, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517344703 | | Haven Savings Bank, 621 WashingtonS treet, Hoboken, NJ 07030 |
| 517703685 | + | Houser Engineering, 1141 Greenwood Lake Tpke, Ringwood, NJ 07456-1433 |
| 517655708 | + | Houser Engineering, LLC., 1141 Greenwood Lake Turnpike, Suite C, Ringwood, NJ 07456-1433 |
| 517344704 | + | Hsbc Bank, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517656959 | + | Isabel Del Corral, 277 Fairfield Road, Fairfield, NJ 07004-1900 |
| 517572439 | + | JCP&L, P.O. Box 16001, Reading, PA 19612-6001 |
| 517893287 | + | Jersey Central Power & Light/First Energy, 101 Crawford Corner Rd Bldg, Suite 511, Holmdel, NJ 07733-1976 |
| 517344707 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 137 | Total Noticed: 86 |

| | | |
|---|---|---|
| | | Road, Oak Ridge, NJ 07438 |
| 517387868 | + | Lakeland Bank, William L. Waldman, Esq and, Matteo Percontino Esq.K&L Gates LLP, One Newark Center 10th Floor, 1085 Raymond Blvd, Newark, NJ 07102-5237 |
| 517388267 | | Law Office of Forrest S. Turkish, c/o Forrest S. Turkish, Esq., 595 Broadway, Ground Floor, Bayonne, NJ 07002 |
| 517818042 | | Law Office of Forrest Scott Turkish, 595 Broadway, Ground Floor, Bayonne, NJ 07002 |
| 517344708 | | M2 Worldwide, LLC, 706C Myrtle Avenue, Boonton, NJ 07005 |
| 517382495 | + | NJSVS Surcharge Violation System Office, Bankruptcy Unit, PO Box 136, Trenton, NJ 08666-0136 |
| 517344709 | + | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St., PO Box 112, Trenton, NJ 08625-0112 |
| 517572440 | + | Petro Home Services, 15 Richboynton Avenue, Dover, NJ 07801-2649 |
| 517703686 | + | Petro Oil, 15 Richboynton Avenue, Dover, NJ 07801-2649 |
| 517344710 | + | Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057-0018 |
| 517344711 | + | Ralph A. Grieco, P.A., 758 Morris Turnpike, P.O. Box 505, Short Hills, NJ 07078-0505 |
| 517656976 | + | Richard Levinson, 129 Tournament Drive, Monroe Township, NJ 08831-2537 |
| 517407061 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517344715 | ++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245 address filed with court:, State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695 |
| 517344712 | + | Saul Ewing, LLP, 650 College Road East, Suite 4000, Princeton, NJ 08540-6603 |
| 517344713 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 517344714 | + | Slomins, Inc., 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 517703687 | | State of Vermont, Department of Taxes, Montpelier, VT 05633-1401 |
| 517655709 | + | State of Vermont Dept. of Taxes, 133 State Street, Montepelier, VT 05633-0002 |
| 517365914 | + | THE BANK OF NEW YORK MELLON, c/o Gilbert R. Yabes, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 517344716 | + | The Fishman Consulting Group, LLC., 23 Cornwall Drive, Westfield, NJ 07090-1353 |
| 517655710 | + | The Jayson Company, 2150 Stanley Terrace, Union, NJ 07083-4320 |
| 517344717 | + | The Law Offices of John A. Fialcowitz, 89 Headquarters Plaza North, Suite 1216, Morristown, NJ 07960-6834 |
| 517344718 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517344719 | + | Townes B. Johnson, III, P.O. Box 9246, Greenville, SC 29604-9246 |
| 517703688 | + | Township of Boonton, Attn: Tax Collector, 155 Powerville Road, Boonton, NJ 07005-8729 |
| 517395021 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517369185 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517818043 | + | Volkswagen Credit, Inc., PO Box 9013, Addison, TX 75001-9013 |
| 517392181 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 517818044 | + | Wells Fargo Bank, NA, Small Business Lending Division, PO Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517600891 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2021 20:34:05 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517344690 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2021 20:34:19 | Advanta Bk, Welsh and McKean Roads, Po Box 844, Spring House, PA 19477-0844 |
| 517344694 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 18 2021 20:28:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 517344695 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 20:34:03 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517441320 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 20:34:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517818039 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 137 | Total Noticed: 86 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2021 20:34:20 | Direct TV, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517600521 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 20:34:21 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517344705 | + | Email/Text: mosborn@infusioncapitalgroup.com | Nov 18 2021 20:28:00 | Infusion Capital Group, c/o Osborn Financial Group, LLC., 1000 Johnnie Dodds Blvd., Suite 103-302, Mount Pleasant, SC 29464-3135 |
| 517344706 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2021 20:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517344696 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2021 20:34:17 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517344697 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 18 2021 20:34:18 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517344715 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 18 2021 20:28:00 | State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695 |
| 517843554 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 20:34:20 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517611473 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 18 2021 20:28:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 517344720 | + | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2021 20:29:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. - Ste. 700, Newark, NJ 07102-2527 |
| 517860269 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2021 20:29:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517344721 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 18 2021 20:29:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 517818045 | | Email/Text: legal@yapstone.com | Nov 18 2021 20:28:00 | Yapstone, 2121 N. California Blvd, Suite 400, Walnut Creek, CA 94596 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517472432 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518986427 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518986428 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517385028 | *+ | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| cr | ##++++ | LAKELAND BANK, C/O LECLAIRRYAN, P.C., ATTN.: WILLIAM L. WALDMAN, 1 RIVERFRONT PLZ STE 16, NEWARK NJ 07102-5436, address filed with court:, Lakeland Bank, c/o LeClairRyan, P.C., Attn.: William L. Waldman, 1037 Raymond Blvd., 16th Floor, Newark, NJ 07102 |
| 518660369 | ##+ | Dr. Sharon Allison Ottey, 7606 Finglas Court, Laurel, MD 20707-6874 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Nov 18, 2021 | Form ID: 137 | Total Noticed: 86 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com |
| Caitlin Conklin | on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com Aidan.Nowak@klgates.com |
| Charles Michael Rowan | on behalf of Creditor Albert Kenney mrowan@herzfeld-rubin.com |
| Christian Del Toro | on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com bky@martonelaw.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eugene Killian, Jr. | on behalf of Defendant Syracuse University ekillian@tkfpc.com lstudwell@tkfpc.com;rmilun@tkfpc.com |
| Forrest Scott Turkish | on behalf of Attorney Forrest Turkish fsturkish@aol.com |
| Frank J Martone | on behalf of Creditor Haven Savings Bank bky@martonelaw.com |
| Guillermo Gonzalez | on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| Guillermo Gonzalez | on behalf of Debtor Michael Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| John O'Boyle | on behalf of Plaintiff Osborn Financial Group LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John A. Fialcowitz | on behalf of Plaintiff Fishman consulting group llc john@fialcowitzlaw.com |
| Joseph L. Schwartz | on behalf of Interested Party The County of Morris Morris County Sheriff's Office jschwartz@riker.com |
| Judah B Loewenstein | |

Case 18-13396-VFP    Doc 220    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 137 | Total Noticed: 86 |

| | |
|---|---|
| | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Judah B Loewenstein | |
| | on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Mark E. Hall | |
| | on behalf of Mediator Mark Hall mhall@foxrothschild.com cbrown@foxrothschild.com |
| Matteo Percontino | |
| | on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor VW Credit Leasing Ltd rsolarz@kmllawgroup.com |
| Richard Honig | |
| | on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com |
| Richard James Tracy, III | |
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Sari Blair Placona | |
| | on behalf of Debtor Michael Kalfus splacona@msbnj.com |
| Sari Blair Placona | |
| | on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com |
| Steven A. Jayson | |
| | on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Attorney Mellinger Kartzman LLC kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | |
| | kartztee@optonline.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kelly | |
| | on behalf of Defendant American Express National Bank skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William L. Waldman | |
| | on behalf of Creditor Lakeland Bank william.waldman@klgates.com waldmanw@aol.com |

TOTAL: 37