UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

Order Filed on December 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MICHAEL KALFUS AND ROBIN KALFUS**

**Debtor.**

Case No. 18-13396-VFP

Chapter 7

Hearing Date:  December 21, 2021 @ 2:00 p.m.

Judge: Honorable Vincent Papalia

### ORDER GRANTING ALLOWANCES ON FIRST INTERIM PETITION FOR COMPENSATION TO ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: December 21, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor:            Michael and Robin Kalfus

Case No.:          18-13396-VFP

Caption of Order:  Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC<br>Attorneys for Trustee | $174,764.50 | $331.25 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-13396-VFP

Michael Kalfus  Chapter 7

Robin Kalfus

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Dec 21, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | |

Case 18-13396-VFP    Doc 222    Filed 12/23/21    Entered 12/24/21 00:11:04    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com

Caitlin Conklin
on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com  Aidan.Nowak@klgates.com

Charles Michael Rowan
on behalf of Creditor Albert Kenney mrowan@herzfeld-rubin.com

Christian Del Toro
on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com  bky@martonelaw.com

David Gerardi
on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Denise E. Carlon
on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eugene Killian, Jr.
on behalf of Defendant Syracuse University ekillian@tkfpc.com  lstudwell@tkfpc.com;rmilun@tkfpc.com

Forrest Scott Turkish
on behalf of Attorney Forrest Turkish fsturkish@aol.com

Frank J Martone
on behalf of Creditor Haven Savings Bank bky@martonelaw.com

Guillermo Gonzalez
on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

Guillermo Gonzalez
on behalf of Debtor Michael Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

John O'Boyle
on behalf of Plaintiff Osborn Financial Group  LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John A. Fialcowitz
on behalf of Plaintiff Fishman consulting group  llc john@fialcowitzlaw.com

Joseph L. Schwartz
on behalf of Interested Party The County of Morris  Morris County Sheriff's Office jschwartz@riker.com

Judah B Loewenstein
on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Judah B Loewenstein
on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Mark E. Hall
on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Matteo Percontino
on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com

Melissa S DiCerbo
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

Richard Honig
on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com

Richard James Tracy, III
on behalf of Creditor The Bank of New York Mellon  FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Sari Blair Placona
on behalf of Debtor Michael Kalfus splacona@msbnj.com

Sari Blair Placona

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com

Steven A. Jayson

on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Attorney Mellinger Kartzman LLC kartztee@optonline.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Trustee Steven P. Kartzman kartztee@optonline.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

on behalf of Plaintiff Steven P. Kartzman kartztee@optonline.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman

kartztee@optonline.net
nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kelly

on behalf of Defendant American Express National Bank skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William L. Waldman

on behalf of Creditor Lakeland Bank william.waldman@klgates.com  waldmanw@aol.com

TOTAL: 37