| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**MELLINGER KARTZMAN LLC**<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950<br>Tel. (973) 267-0220<br>By: Steven A. Jayson, Esq.<br>sjayson@msklaw.net<br>*Attorneys for Trustee, Steven P. Kartzman* | |
| In Re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS,**<br><br>Debtors. | Case No.: 18-13396 (VFP)<br><br>Chapter: 7<br><br>Hearing Date: 4/19/2022 at 10:00 A.M.<br><br>Judge: Hon. Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, *Patricia Masiello*:

    ☐   represent _____ in this matter.

    [x]   am the secretary/paralegal for **Mellinger Kartzman LLC**, who represents **Steven P. Kartzman** in this matter.

    ☐   am the _____ in this case and am representing myself.

2. On **March 29, 2022**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Notice of Motion to Disallow, Modify and Fix Treatment of Claims; Statement as to why no Brief Necessary; Certification of Steven P. Kartzman; Proposed Order; Certification of Service*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **March 29, 2022**                                                                                   */s/ Patricia Masiello*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**X** Other ECF Upon Filing     (As authorized by the Court or by rule. Cite the rule if applicable.) |
| The Bank of New York Mellon<br>c/o Bayview Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Fl.<br>Coral Gables, Florida 33146 | Creditor | ☐ Hand-delivered<br>**X Regular mail**<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |