**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



**Order Filed on April 13, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In Re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>                    Debtors. | CASE NO: 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

### ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #4)

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 13, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2 of 2
Debtors:      Michael Kalfus and Robin Kalfus
Case No.:     18-13396 (VFP)
Caption:      Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #4)

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1.    Claim No. 4 filed by NJSVS, Surcharge Violation System Office is hereby disallowed in its entirety.

2.    A copy of this Order shall be served on all interested parties within 7 days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:

Michael Kalfus

Robin Kalfus

    Debtors

Case No. 18-13396-VFP

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com |

District/off: 0312-2                          User: admin                                Page 2 of 3
Date Rcvd: Apr 14, 2022                       Form ID: pdf903                         Total Noticed: 1

Caitlin Conklin
                    on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com  Aidan.Nowak@klgates.com

Charles Michael Rowan
                    on behalf of Creditor Albert Kenney mrowan@herzfeld-rubin.com

Christian Del Toro
                    on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com  bky@martonelaw.com

David Gerardi
                    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Denise E. Carlon
                    on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT
                    2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eugene Killian, Jr.
                    on behalf of Defendant Syracuse University ekillian@tkfpc.com  lstudwell@tkfpc.com;rmilun@tkfpc.com

Forrest Scott Turkish
                    on behalf of Attorney Forrest Turkish fsturkish@aol.com

Frank J Martone
                    on behalf of Creditor Haven Savings Bank bky@martonelaw.com

Guillermo Gonzalez
                    on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com
                    ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura
                    .com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

Guillermo Gonzalez
                    on behalf of Debtor Michael Kalfus ggonzalez@scura.com
                    ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura
                    .com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

John O'Boyle
                    on behalf of Plaintiff Osborn Financial Group  LLC joboyle@norgaardfirm.com,
                    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John A. Fialcowitz
                    on behalf of Plaintiff Fishman consulting group  llc john@fialcowitzlaw.com

Joseph L. Schwartz
                    on behalf of Interested Party The County of Morris  Morris County Sheriff's Office jschwartz@riker.com

Judah B Loewenstein
                    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net
                    sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Judah B Loewenstein
                    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net
                    sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Mark E. Hall
                    on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Matteo Percontino
                    on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com

Melissa S DiCerbo
                    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT
                    2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
                    on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

Richard Honig
                    on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com

Richard James Tracy, III
                    on behalf of Creditor The Bank of New York Mellon  FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt
                    Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com,
                    tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Sari Blair Placona
                    on behalf of Debtor Michael Kalfus splacona@msbnj.com

Sari Blair Placona
                    on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com

District/off: 0312-2                           User: admin                               Page 3 of 3
Date Rcvd: Apr 14, 2022                        Form ID: pdf903                         Total Noticed: 1

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kelly
    on behalf of Defendant American Express National Bank skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William L. Waldman
    on behalf of Creditor Lakeland Bank william.waldman@klgates.com  waldmanw@aol.com


TOTAL: 37