**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



**Order Filed on April 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>Debtors. | CASE NO: 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT
TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #19)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 19, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2 of 2
Debtors:    Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #19)

---

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 19 filed by CVF Mortgage Loan Trust II c/o Shellpoint Mortgage Servicing ("CVF") as a secured claim is hereby disallowed in its entirety.

2. CVF shall have thirty (30) days from the entry of this Order to file an amended proof of claim against the estate to assert any unsecured claim it may have. If CVF fails to file an amended proof of claim within such thirty (30) day period, its entire claim shall be deemed disallowed, without further notice or hearing.

3. A copy of this Order shall be served on all interested parties within 7 days of the date hereof.