**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



**Order Filed on April 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS,**<br><br>Debtors. | CASE NO: 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #25)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 19, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors: Michael Kalfus and Robin Kalfus
Case No.: 18-13396 (VFP)
Caption: Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #25)

---

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 25 filed by The Bank of New York Mellon c/o Bayview Servicing, LLC ("BONY") as a secured claim is hereby disallowed in its entirety.

2. BONY shall have thirty (30) days from the entry of this Order to file an amended ~~proof of claim against the estate to assert any unsecured claim it may have. If BONY fails to file~~ an amended proof of claim within such thirty (30) day period, its entire claim shall be deemed disallowed, without further notice or hearing.

3. A copy of this Order shall be served on all interested parties within 7 days of the date hereof.