**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



Order Filed on April 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>Debtors. | CASE NO: 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #19)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 19, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2 of 2
Debtors:     Michael Kalfus and Robin Kalfus
Case No.:   18-13396 (VFP)
Caption:    Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #19)

---

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 19 filed by CVF Mortgage Loan Trust II c/o Shellpoint Mortgage Servicing ("CVF") as a secured claim is hereby disallowed in its entirety.

2. CVF shall have thirty (30) days from the entry of this Order to file an amended proof of claim against the estate to assert any unsecured claim it may have. If CVF fails to file an amended proof of claim within such thirty (30) day period, its entire claim shall be deemed disallowed, without further notice or hearing.

3. A copy of this Order shall be served on all interested parties within 7 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                            Case No. 18-13396-VFP

Michael Kalfus                                                                           Chapter 7

Robin Kalfus

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com |

Case 18-13396-VFP    Doc 233    Filed 04/22/22    Entered 04/23/22 00:14:20    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Caitlin Conklin | on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com  Aidan.Nowak@klgates.com |
| Charles Michael Rowan | on behalf of Creditor Albert Kenney mrowan@herzfeld-rubin.com |
| Christian Del Toro | on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com  bky@martonelaw.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eugene Killian, Jr. | on behalf of Defendant Syracuse University ekillian@tkfpc.com  lstudwell@tkfpc.com;rmilun@tkfpc.com |
| Forrest Scott Turkish | on behalf of Attorney Forrest Turkish fsturkish@aol.com |
| Frank J Martone | on behalf of Creditor Haven Savings Bank bky@martonelaw.com |
| Guillermo Gonzalez | on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| Guillermo Gonzalez | on behalf of Debtor Michael Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| John O'Boyle | on behalf of Plaintiff Osborn Financial Group  LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John A. Fialcowitz | on behalf of Plaintiff Fishman consulting group  llc john@fialcowitzlaw.com |
| Joseph L. Schwartz | on behalf of Interested Party The County of Morris  Morris County Sheriff's Office jschwartz@riker.com |
| Judah B Loewenstein | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Judah B Loewenstein | on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Mark E. Hall | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Matteo Percontino | on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com |
| Melissa S DiCerbo | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Richard Honig | on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com |
| Richard James Tracy, III | on behalf of Creditor The Bank of New York Mellon  FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Sari Blair Placona | on behalf of Debtor Michael Kalfus splacona@msbnj.com |
| Sari Blair Placona | on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kelly
    on behalf of Defendant American Express National Bank skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William L. Waldman
    on behalf of Creditor Lakeland Bank william.waldman@klgates.com  waldmanw@aol.com

TOTAL: 37