**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven A. Jayson, Esq.
sjayson@msklaw.net
*Attorneys for Trustee, Steven P. Kartzman*



Order Filed on April 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**MICHAEL KALFUS AND ROBIN KALFUS**,<br><br>Debtors. | CASE NO: 18-13396 (VFP)<br><br>Chapter 7<br><br>Honorable Vincent F. Papalia |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIM PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502 (CLAIM #25)**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: April 19, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2 of 2
Debtors: Michael Kalfus and Robin Kalfus
Case No.: 18-13396 (VFP)
Caption: Order to Disallow, Modify and Fix Treatment of Claims Pursuant to Fed R. Bankr. P. 3007 and 11 U.S.C. § 502 (Claim #25)

This matter having been brought before the Court by Mellinger Kartzman LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 25 filed by The Bank of New York Mellon c/o Bayview Servicing, LLC ("BONY") as a secured claim is hereby disallowed in its entirety.

2. BONY shall have thirty (30) days from the entry of this Order to file an amended ~~proof of claim against the estate to assert any unsecured claim it may have. If BONY fails to file~~ an amended proof of claim within such thirty (30) day period, its entire claim shall be deemed disallowed, without further notice or hearing.

3. A copy of this Order shall be served on all interested parties within 7 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-13396-VFP
Michael Kalfus  Chapter 7
Robin Kalfus
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Apr 20, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb    #+ Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

**Name**    **Email Address**

Anthony Sodono, III
    on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com

Anthony Sodono, III
    on behalf of Defendant Michael Kalfus asodono@msbnj.com

Anthony Sodono, III
    on behalf of Defendant Robin Kalfus asodono@msbnj.com

Anthony Sodono, III
    on behalf of Debtor Michael Kalfus asodono@msbnj.com

Anthony Sodono, III
    on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Caitlin Conklin
    on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com  Aidan.Nowak@klgates.com

Charles Michael Rowan
    on behalf of Creditor Albert Kenney mrowan@herzfeld-rubin.com

Christian Del Toro
    on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com  bky@martonelaw.com

David Gerardi
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

Denise E. Carlon
    on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eugene Killian, Jr.
    on behalf of Defendant Syracuse University ekillian@tkfpc.com  lstudwell@tkfpc.com;rmilun@tkfpc.com

Forrest Scott Turkish
    on behalf of Attorney Forrest Turkish fsturkish@aol.com

Frank J Martone
    on behalf of Creditor Haven Savings Bank bky@martonelaw.com

Guillermo Gonzalez
    on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com ecfbkfilings@scurameley.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

Guillermo Gonzalez
    on behalf of Debtor Michael Kalfus ggonzalez@scura.com ecfbkfilings@scurameley.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

John O'Boyle
    on behalf of Plaintiff Osborn Financial Group  LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John A. Fialcowitz
    on behalf of Plaintiff Fishman consulting group  llc john@fialcowitzlaw.com

Joseph L. Schwartz
    on behalf of Interested Party The County of Morris  Morris County Sheriff's Office jschwartz@riker.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Judah B Loewenstein
    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Mark E. Hall
    on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Matteo Percontino
    on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com

Melissa S DiCerbo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

Richard Honig
    on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com

Richard James Tracy, III
    on behalf of Creditor The Bank of New York Mellon  FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Sari Blair Placona
    on behalf of Debtor Michael Kalfus splacona@msbnj.com

Sari Blair Placona
    on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
    jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    Trustee@msklaw.net
    nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kelly
    on behalf of Defendant American Express National Bank skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William L. Waldman
    on behalf of Creditor Lakeland Bank william.waldman@klgates.com  waldmanw@aol.com

TOTAL: 37