Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−13396−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Kalfus
7 Lakeview Terrace
Montville, NJ 07045

Robin Kalfus
7 Lakeview Terrace
Montville, NJ 07045

Social Security No.:
xxx−xx−2675

xxx−xx−4129

Employer's Tax I.D. No.:

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 8/23/22
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Petrucelli Piotrowski & Co, Inc., Accountant,

COMMISSION OR FEES
$5,767.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.

☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 26, 2022
JAN:

                                                                  Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-13396-VFP

Michael Kalfus     Chapter 7

Robin Kalfus

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 26, 2022 | Form ID: 137 | Total Noticed: 87 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158 |
| aty | + | Forrest Turkish, c/o Forrest S. Turkish, Esq., 595 Broadway, Ground Floor, Bayonne, NJ 07002 U.S. 07002-8808 |
| cr | + | Haven Savings Bank, 621 Washington Street, Hoboken, NJ 07030-4907 |
| r | + | Keller Williams Metropolitan, Keller Williams Metropolitan, 55 Madison Avenue, Morristown, NJ 07960-7321 |
| acc | | Petrucelli Piotrowski & Co, Inc., Petrucelli, Piotrowski & Co, Inc., 236 Main Street, Woodbridge, NJ 07095 |
| intp | + | The County of Morris, Morris County Sheriff's Offi, c/o Riker Danzig, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| 517344689 | | 1st Constitution Bk, 796 Rt 130 N, Cranbury, NJ 08512 |
| 517344691 | + | Albert Kenney, 3 Leach Hollow Road, Sherman, CT 06784-2302 |
| 517344693 | + | Attorney General, US Dept. of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 517593065 | + | CVF III Mortgage Loan Trust II c/o Shellpoint Mort, PO Box 10826, Greenville SC 29603-0826 |
| 518660368 | + | Cardlen Inc., 8101 Sandy Spring Drive, Suite 250-L, Laurel, MD 20707-3527 |
| 517810195 | + | Chase Bank USA, N.A., PO Box 15368, Wilmington, DE 19850-5368 |
| 517344698 | + | Dixon Bros, 100 Pocono Road, Mountain Lakes, NJ 07046-1649 |
| 517382446 | + | Dixon Bros. A & A oil Propane, Ralph A, Grieco Esquire, 758 Morris Tpke, PO Bxo 505, Short Hills, NJ 07078-0505 |
| 517344699 | + | Dixon Oil, 100 Pocono Road, Mountain Lakes, NJ 07046-1649 |
| 518660369 | + | Dr. Sharon Allison Ottey, 7606 Finglas Court, Laurel, MD 20707-6874 |
| 517344701 | + | Feitlin, Youngman, Karas & Gerson, Heritage Plaza II, 65 Harristown Road, Suite 207, Glen Rock, NJ 07452-3317 |
| 517608773 | + | Feitlin, Youngman, Karas & Gerson, LLC, 65 Harristown Road, Suite 207, Glen Rock, New Jersey 07452-3317 |
| 517609033 | + | Fishman Consulting Group, LLC, c/o The Law Office of John A. Fialcowitz, 89 Headquarters Plaza North, Suite 1216, Morristown, New Jersey 07960-6834 |
| 517344702 | | Forman, Holt, Eliades & Youngman LLC, 80 Route 3 Easte, Suite 290, Paramus, NJ 07652 |
| 517818040 | + | George Hellerman, Bankruptcy Specialist, IRS, 955 S. Springfield Ave, Bldg A, Springfield, NJ 07081-3570 |
| 517435703 | + | HSBC Bank USA, N.A, 2929 Walden Avenue C17, Business Services, Depew, NY 14043-2602 |
| 517818041 | | Halpin Stephen, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517344703 | | Haven Savings Bank, 621 WashingtonS treet, Hoboken, NJ 07030 |
| 517703685 | + | Houser Engineering, 1141 Greenwood Lake Tpke, Ringwood, NJ 07456-1433 |
| 517655708 | + | Houser Engineering, LLC., 1141 Greenwood Lake Turnpike, Suite C, Ringwood, NJ 07456-1433 |
| 517656959 | + | Isabel Del Corral, 277 Fairfield Road, Fairfield, NJ 07004-1900 |
| 517572439 | + | JCP&L, P.O. Box 16001, Reading, PA 19612-6001 |
| 517893287 | + | Jersey Central Power & Light/First Energy, 101 Crawford Corner Rd Bldg, Suite 511, Holmdel, NJ 07733-1976 |
| 517344707 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Road, Oak Ridge, NJ 07438 |
| 517387868 | + | Lakeland Bank, William L. Waldman, Esq and, Matteo Percontino Esq.K&L Gates LLP, One Newark Center 10th Floor, 1085 Raymond Blvd, Newark, NJ 07102-5237 |
| 517388267 | | Law Office of Forrest S. Turkish, c/o Forrest S. Turkish, Esq., 595 Broadway, Ground Floor, Bayonne, NJ 07002 |
| 517818042 | | Law Office of Forrest Scott Turkish, 595 Broadway, Ground Floor, Bayonne, NJ 07002 |
| 517344708 | | M2 Worldwide, LLC, 706C Myrtle Avenue, Boonton, NJ 07005 |

Case 18-13396-VFP    Doc 236    Filed 07/28/22    Entered 07/29/22 00:12:09    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jul 26, 2022 | Form ID: 137 | Total Noticed: 87 |

| | | |
|---|---|---|
| 517382495 | + | NJSVS Surcharge Violation System Office, Bankruptcy Unit, PO Box 136, Trenton, NJ 08666-0136 |
| 517572440 | + | Petro Home Services, 15 Richboynton Avenue, Dover, NJ 07801-2649 |
| 517703686 | + | Petro Oil, 15 Richboynton Avenue, Dover, NJ 07801-2649 |
| 517344710 | + | Pioneer Credit Recovery, PO Box 1018, Moorestown, NJ 08057-0018 |
| 517344711 | + | Ralph A. Grieco, P.A., 758 Morris Turnpike, P.O. Box 505, Short Hills, NJ 07078-0505 |
| 517656976 | + | Richard Levinson, 129 Tournament Drive, Monroe Township, NJ 08831-2537 |
| 517407061 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517344712 | + | Saul Ewing, LLP, 650 College Road East, Suite 4000, Princeton, NJ 08540-6603 |
| 517344714 | + | Slomins, Inc., 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 517703687 | | State of Vermont, Department of Taxes, Montpelier, VT 05633-1401 |
| 517655709 | + | State of Vermont Dept. of Taxes, 133 State Street, Montepelier, VT 05633-0002 |
| 517344716 | + | The Fishman Consulting Group, LLC., 23 Cornwall Drive, Westfield, NJ 07090-1353 |
| 517655710 | + | The Jayson Company, 2150 Stanley Terrace, Union, NJ 07083-4320 |
| 517344717 | + | The Law Offices of John A. Fialcowitz, 89 Headquarters Plaza North, Suite 1216, Morristown, NJ 07960-6834 |
| 517344719 | + | Townes B. Johnson, III, P.O. Box 9246, Greenville, SC 29604-9246 |
| 517703688 | + | Township of Boonton, Attn: Tax Collector, 155 Powerville Road, Boonton, NJ 07005-8729 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: attorneys@msklaw.net | Jul 26 2022 20:41:00 | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Email/Text: attorneys@msklaw.net | Jul 26 2022 20:41:00 | Mellinger, Sanders & Kartzman, LLC, 101 Gibtaltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517600891 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2022 20:49:13 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517344690 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2022 20:49:35 | Advanta Bk, Welsh and McKean Roads, Po Box 844, Spring House, PA 19477-0844 |
| 517818038 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 20:49:38 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517385072 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 20:49:31 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517435133 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 20:49:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517344692 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 20:49:38 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517344694 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 26 2022 20:41:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 517344695 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2022 20:49:10 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517441320 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2022 20:49:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517818039 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2022 20:49:26 | Direct TV, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517600521 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| Recipient ID | Code | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 26 2022 20:49:26 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517344700 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jul 26 2022 20:41:00 | Fein, Such, ,Kahn & Shepard, 7 Century Dive, Ste. 201, Parsippany, NJ 07054-4673 |
| 517344704 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 26 2022 20:41:00 | Hsbc Bank, P.O. Box 2013, Buffalo, NY 14240-2013 |
| 517344705 | + | Email/Text: mosborn@infusioncapitalgroup.com | Jul 26 2022 20:41:00 | Infusion Capital Group, c/o Osborn Financial Group, LLC., 1000 Johnnie Dodds Blvd., Suite 103-302, Mount Pleasant, SC 29464-3135 |
| 517344706 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2022 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517344696 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 26 2022 20:49:31 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 517344697 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 26 2022 20:49:49 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517344709 | ^ | MEBN | Jul 26 2022 20:41:22 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market St., PO Box 112, Trenton, NJ 08625-0112 |
| 517344715 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 26 2022 20:41:00 | State of New Jersey Division of Taxation, Compliance & Enforcement - Compliance, 50 Barrack Street, 9th Floor, Trenton, NJ 08695 |
| 517344713 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 26 2022 20:41:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 517843554 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2022 20:49:26 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517365914 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 26 2022 20:41:00 | THE BANK OF NEW YORK MELLON, c/o Gilbert R. Yabes, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517611473 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 26 2022 20:41:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 517344718 | + | Email/Text: bncmail@w-legal.com | Jul 26 2022 20:42:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 517344720 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2022 20:42:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. - Ste. 700, Newark, NJ 07102-2527 |
| 517860269 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2022 20:42:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517395021 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 26 2022 20:41:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517369185 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 26 2022 20:41:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517344721 | + | Email/Text: vci.bkcy@vwcredit.com | Jul 26 2022 20:42:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 517818043 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 26 2022 20:41:00 | Volkswagen Credit, Inc., PO Box 9013, Addison, TX 75001-9013 |
| 517392181 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 26 2022 21:00:12 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 517818044 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 26 2022 20:49:26 | Wells Fargo Bank, NA, Small Business Lending |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Jul 26, 2022 | Form ID: 137 | Total Noticed: 87 |

| Recip ID | | | |
|---|---|---|---|
| 517818045 | | Email/Text: legal@yapstone.com Jul 26 2022 20:41:00 | Division, PO Box 29482, Phoenix, AZ 85038-9482 Yapstone, 2121 N. California Blvd, Suite 400, Walnut Creek, CA 94596 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517472432 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518986427 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518986428 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517385028 | *+ | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| cr | ##++++ | LAKELAND BANK, C/O LECLAIRRYAN, P.C., ATTN.: WILLIAM L. WALDMAN, 1 RIVERFRONT PLZ STE 16, NEWARK NJ 07102-5436, address filed with court:, Lakeland Bank, c/o LeClairRyan, P.C., Attn.: William L. Waldman, 1037 Raymond Blvd., 16th Floor, Newark, NJ 07102 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2022                              Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com |
| Caitlin Conklin | on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com Aidan.Nowak@klgates.com |
| Charles Michael Rowan | on behalf of Creditor Albert Kenney mrowan@herzfeld-rubin.com |
| Christian Del Toro | on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com bky@martonelaw.com |
| David Gerardi | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Jul 26, 2022 | Form ID: 137 | Total Noticed: 87 |

David L. Stevens
    on behalf of Accountant Petrucelli Piotrowski & Co  Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com

Denise E. Carlon
    on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eugene Killian, Jr.
    on behalf of Defendant Syracuse University ekillian@tkfpc.com  lstudwell@tkfpc.com;rmilun@tkfpc.com

Forrest Scott Turkish
    on behalf of Attorney Forrest Turkish fsturkish@aol.com

Frank J Martone
    on behalf of Creditor Haven Savings Bank bky@martonelaw.com

Guillermo Gonzalez
    on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

Guillermo Gonzalez
    on behalf of Debtor Michael Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co

John O'Boyle
    on behalf of Plaintiff Osborn Financial Group  LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John A. Fialcowitz
    on behalf of Plaintiff Fishman consulting group  llc john@fialcowitzlaw.com

Joseph L. Schwartz
    on behalf of Interested Party The County of Morris  Morris County Sheriff's Office jschwartz@riker.com

Judah B Loewenstein
    on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Judah B Loewenstein
    on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net

Mark E. Hall
    on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com

Matteo Percontino
    on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com

Melissa S DiCerbo
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com

Richard Honig
    on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com

Richard James Tracy, III
    on behalf of Creditor The Bank of New York Mellon  FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Sari Blair Placona
    on behalf of Debtor Michael Kalfus splacona@msbnj.com

Sari Blair Placona
    on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com

Steven A. Jayson
    on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
    on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk

District/off: 0312-2 User: admin Page 6 of 6
Date Rcvd: Jul 26, 2022 Form ID: 137 Total Noticed: 87

| | |
|---|---|
| | law.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | Trustee@msklaw.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kelly | on behalf of Defendant American Express National Bank skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William L. Waldman | on behalf of Creditor Lakeland Bank william.waldman@klgates.com waldmanw@aol.com |

TOTAL: 38