UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
dstevens@scura.com

**Order Filed on August 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael Kalfus and Robert Ancona,

Debtors.

| | |
|---|---|
| Case No.: | 18-13396 |
| Hearing Date: | 08/23/2022 at 2:00 PM |
| Judge: | VFP |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 24, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Petrucelli, Piotrowski & CO, Inc. CPA, | $5,767.50 | -0- |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-13396-VFP |
| Michael Kalfus | Chapter 7 |
| Robin Kalfus | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael Kalfus, Robin Kalfus, 7 Lakeview Terrace, Montville, NJ 07045-9158 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Joint Debtor Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Defendant Robin Kalfus asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Debtor Michael Kalfus asodono@msbnj.com |
| Anthony Sodono, III | |

| | |
|---|---|
| | on behalf of Defendant Michael and Robin Kalfus asodono@msbnj.com |
| Caitlin Conklin | |
| | on behalf of Creditor Lakeland Bank caitlin.conklin@klgates.com  Aidan.Nowak@klgates.com |
| Charles Michael Rowan | |
| | on behalf of Creditor Albert Kenney mrowan@herzfeld-rubin.com |
| Christian Del Toro | |
| | on behalf of Creditor Haven Savings Bank cdeltoro@martonelaw.com  bky@martonelaw.com |
| David Gerardi | |
| | on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov |
| David L. Stevens | |
| | on behalf of Accountant Petrucelli Piotrowski & Co  Inc. dstevens@scura.com, ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | |
| | on behalf of Creditor VW Credit Leasing  Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eugene Killian, Jr. | |
| | on behalf of Defendant Syracuse University ekillian@tkfpc.com  lstudwell@tkfpc.com;rmilun@tkfpc.com |
| Forrest Scott Turkish | |
| | on behalf of Attorney Forrest Turkish fsturkish@aol.com |
| Frank J Martone | |
| | on behalf of Creditor Haven Savings Bank bky@martonelaw.com |
| Guillermo Gonzalez | |
| | on behalf of Joint Debtor Robin Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| Guillermo Gonzalez | |
| | on behalf of Debtor Michael Kalfus ggonzalez@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.co |
| John O'Boyle | |
| | on behalf of Plaintiff Osborn Financial Group  LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John A. Fialcowitz | |
| | on behalf of Plaintiff Fishman consulting group  llc john@fialcowitzlaw.com |
| Joseph L. Schwartz | |
| | on behalf of Interested Party The County of Morris  Morris County Sheriff's Office jschwartz@riker.com |
| Judah B Loewenstein | |
| | on behalf of Trustee Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Judah B Loewenstein | |
| | on behalf of Plaintiff Steven P. Kartzman jloewenstein@msklaw.net sjayson@msklaw.net;pmasiello@msklaw.net;donnaz@msklaw.net |
| Mark E. Hall | |
| | on behalf of Mediator Mark Hall mhall@foxrothschild.com  cbrown@foxrothschild.com |
| Matteo Percontino | |
| | on behalf of Creditor Lakeland Bank mpercontino@coleschotz.com |
| Melissa S DiCerbo | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2005-J9) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor VW Credit Leasing  Ltd rsolarz@kmllawgroup.com |
| Richard Honig | |
| | on behalf of Mediator Richard B. Honig rbhonig@hlgslaw.com |
| Richard James Tracy, III | |
| | on behalf of Creditor The Bank of New York Mellon  FKA The Bank of New York, as Trustee for the Certificateholders of Cwalt Alternative Loan Trust 2005-J9, Mortgage Pass-Through Certificates, Series 2005-J9 by its servicin richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |

District/off: 0312-2                          User: admin                          Page 3 of 3

Date Rcvd: Aug 24, 2022                       Form ID: pdf903                      Total Noticed: 1

Sari Blair Placona
                      on behalf of Debtor Michael Kalfus splacona@msbnj.com

Sari Blair Placona
                      on behalf of Joint Debtor Robin Kalfus splacona@msbnj.com

Steven A. Jayson
                      on behalf of Trustee Steven P. Kartzman sjayson@msklaw.net
                      jloewenstein@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
                      on behalf of Attorney Mellinger Kartzman LLC Trustee@msklaw.net
                      nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
                      law.net

Steven P. Kartzman
                      on behalf of Trustee Steven P. Kartzman Trustee@msklaw.net
                      nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
                      law.net

Steven P. Kartzman
                      on behalf of Plaintiff Steven P. Kartzman Trustee@msklaw.net
                      nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
                      law.net

Steven P. Kartzman
                      Trustee@msklaw.net
                      nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk
                      law.net

Steven P. Kelly
                      on behalf of Defendant American Express National Bank skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

William L. Waldman
                      on behalf of Creditor Lakeland Bank william.waldman@klgates.com  waldmanw@aol.com


TOTAL: 38