| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on December 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>STEVEN P. KARTZMAN<br>MELLINGER KARTZMAN LLC<br>101 GIBRALTAR DRIVE<br>SUITE 2F<br>MORRIS PLAINS, NJ 07950<br>Chapter 7 Trustee | |
| In Re:<br>KALFUS, MICHAEL<br>KALFUS, ROBIN<br><br>      Debtors. | Case No.: 18-13396-VFP<br><br>Judge: VINCENT F. PAPALIA |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 6, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: KALFUS, MICHAEL and KALFUS, ROBIN
Case No.: 18-13396-VFP
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $12,838.87 is reasonable compensation for the services in this case by STEVEN P. KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.